IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARGARET T. HUNTER and<br>JOHN P. HUNTER, wife and husband,<br><br>　　　　　　　　　　Plaintiffs<br><br>vs.<br><br>RICHARD P. KENNEDY, M.D.; MONROE<br>RADIOLOGY IMAGING, P.C., and<br>POCONO HEALTH SYSTEM Now Known<br>as Lehigh Valley Health Network,<br><br>　　　　　　　　　　Defendants | CIVIL ACTION<br><br>MEDICAL NEGLIGENCE<br><br>JURY TRIAL DEMANDED<br><br>NO. 3:17-CV-00007 |

## PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FED. R.C.P. 26(a)(1)

Plaintiffs, by their undersigned counsel, hereby makes their initial disclosures in accordance with Fed. R.C.P. 26(a)(1):

**I. Parties:**

Margaret T. and John P. Hunter

**II. Witnesses:**

Dr. Kelly Smith - Foot Care Center - 134 Riverside Dr., Binghamton, NY, 13905

Dr. Peter Obeng - Pocono Occupational Medicine - 292 Frantz Rd., Stroudsburg, PA

Plaintiff reserves the right to supplement this Disclosure Statement by adding additional witnesses, including those named in documents attached to the Disclosure.

**III. Deposition Testimony:**

Plaintiffs do anticipate that a medical witness may testify by deposition.

**IV. Exhibits:**

1. Medical records of Pocono Medical Center, now Lehigh Valley Health Network
2. Medical records of Wilson Memorial Regional Medical Center

3. Medical records of Foot Care Centers
4. Photographs

Plaintiffs will forward additional medical records to defense counsel upon receipt of the same and reserve the right supplement this list and incorporate herein by reference any documents identified by Defendants.

                    Respectfully submitted,

                    FOLEY LAW FIRM

By: _____
      Thomas J. Foley, Jr., Esquire