IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARGARET T. HUNTER and<br>JOHN P. HUNTER, wife and husband,<br><br>       Plaintiffs<br><br>vs.<br><br>RICHARD P. KENNEDY, M.D.; MONROE<br>RADIOLOGY IMAGING, P.C.,<br>POCONO MEDICAL CENTER,<br>PETER OBENG, M.D.,<br>FAMILY CARE CENTERS, INC. t/d/b/a<br>PMC PHYSICIAN ASSOCIATES, and<br>PMC IMMEDIATE CARE CENTER<br><br>       Defendants | CIVIL ACTION<br><br>MEDICAL NEGLIGENCE<br><br>JURY TRIAL DEMANDED<br><br><br><br><br><br><br><br>NO. 3:17-CV-00007 |

## PLAINTIFFS' MOTION TO EXTEND TIME FOR PRODUCTION OF PLAINTIFFS' EXPERT REPORTS

Plaintiffs, Margaret Hunter and John Hunter, by and through their counsel, the Foley Law Firm, make the following Motion with the concurrence of counsel for the above-captioned Defendants as follows:

1. Plaintiffs, Margaret T. Hunter and John P. Hunter, husband and wife, (hereafter "Plaintiffs") initiated this medical professional liability action after the negligent treatment of Margaret Hunter in May 2016 via the filing of a Complaint on or about January 3, 2017, under docket 3:17-CV-00007-JMM.

2. The matter was originally filed by Plaintiffs against Defendants Richard P. Kennedy, M.D., Monroe Radiology Imaging, P.C., and Pocono Health Systems Now Known as Lehigh Valley Health Network.

3.  This Honorable Court entered an Order on or about February 3, 2017 amending the caption to assert claims against Defendants Richard P. Kennedy, M.D., Monroe Radiology Imaging, P.C., and Pocono Health System.

4.  On or about March 10, 2017, this Honorable Court issued an Order scheduling a Case Management Conference and selecting the case for mandatory referral to court-annexed mediation in accordance with Standing Order 04-3. A true and correct copy of the March 10, 2017 Order has been attached as Exhibit A and incorporated herein by reference.

5.  This Order mandated that the mediation take place within the next sixty (60) days of the date of the Order, April 7, 2017.

6.  The Order also appointed Raymond E. Ginn, Jr. Esquire, to serve as the mediator and strongly advised that counsel and their clients with complete authority to negotiate and consummate a settlement be in attendance at the mediation conference.

7.  On or about April 7, 2017, this Honorable Court issued a Case Management Order setting a discovery deadline of January 31, 2018. A true and correct copy of this Case Management Order is attached as Exhibit B and incorporated herein by reference.

8.  Plaintiffs subsequently filed a motion for leave to amend the Complaint on or about June 9, 2017. A true and correct copy of Plaintiffs' Motion is attached as Exhibit C and incorporated herein by reference.

9.  Through this motion, Plaintiffs added Defendant Peter Obeng, M.D., Defendant Pocono Medical Center, and Defendant Family Care Center Inc. t/d/b/a PMC Physician Associates and PMC Immediate Care Center, as well as removed Defendant

Pocono Health System as parties to the case. (See Ex. C). The motion also made several other significant changes to the claims proffered by the Plaintiffs against all Defendants. (See Ex. C).

10. On or about June 12, 2017, this Honorable Court issued an Order granting Plaintiffs' motion to amend the Complaint. A true and correct copy of the June 12, 2017 Order is attached as Exhibit D and incorporated herein by reference.

11. Plaintiff subsequently filed an Amended Complaint incorporating these changes on or about June 13, 2017. A true and correct copy of the Amended Complaint is attached as Exhibit E and incorporated herein by reference.

12. Plaintiffs thereafter filed a Motion for Extension of Time with concurrence of the Defendants on or about June 16, 2017 seeking an extension in relation to the court-annexed mediation due to the significant changes presented in the Plaintiffs' Amended Complaint. A true and correct copy of this Motion for Extension of Time is attached as Exhibit F and incorporated herein by reference.

13. On or about June 19, 2017, this Honorable Court rescheduled the court-annexed mediation to occur within sixty (60) days of the date of the Order. A true and correct copy of this Order is attached as Exhibit G and incorporated herein by reference.

14. Plaintiffs filed an Amended Complaint on June 13, 2017 substantially modified the parties involved in the case and as a result, the proffered causes of action.

15. On August 2, 2017 Defendants Pocono Medical Center, Peter Obeng, M.D., and Family Care Center, Inc. t/d/b/a PMC Physician Associates and PMC Immediate Care Center, in conjunction with Defendants, Richard P. Kennedy, M.D. and

Monroe Radiology Imaging, P.C., filed a request that the Court extend and/or postpone the Court-Annexed Mediation to which Plaintiffs concurred with the request.

16. On August 2, 2017 the Court entered a Case Management Order:

> Discovery Due: 1/31/18
> Dispositive Motions: 1/31/18
> Plaintiffs' Expert Reports: 11/30/17
> Defendants Export Reports: 12/31/17

A true and correct copy of this Order is attached as Exhibit B and incorporated by reference.

17. On August 3, 2017, the Court ordered the mediation to take place on February 9, 2018. A true and correct copy of this Order is attached as Exhibit H and incorporated by reference.

18. On August 15, 2017, Defendants Dr. Kennedy and Monroe Radiology Imaging, P.C., filed an Answer and Affirmative Defenses to the Amended Complaint.

19. On August 16, 2017, Defendants Dr. Obeng and Pocono Medical Center and Family Care Center filed Answers to the Amended Complaint.

20. On September 17, 2017, the depositions of the Defendants Dr. Peter Obeng and Dr. Richard P. Kennedy were taken.

21. On October 19, 2017 Plaintiffs filed a letter to the Court requesting the Defendants Dr. Obeng and Dr. Kennedy be compelled to answer questions propounded in their depositions and to take their depositions a second time.

22. On October 23, 2017 the deposition of the Plaintiff Margaret T. Hunter was taken.

23. On November 2, 2017, the Court entered an Opinion and Order sustaining Defense Counsel's Objections to the questions at issue in the Defendant Dr. Obeng and

Defendant Dr. Kennedy's depositions and ruled the Plaintiffs are not entitled to a second deposition of the Defendants Dr. Kennedy and Dr. Obeng. A true and correct copy of the Order is attached as Exhibit I.

24. On November 15, 2017, the Defendant Kennedy requested to take deposition of Kelly Smith, DPM, Dan Forensic, Jaime Kille and Jonathan Hunter.

25. On December 11, 2017, Defense counsel took the depositions of John Hunter, Jonathan Hunter and Jaime Kille.

26. To date, copies of the depositions taken on December 11, 2017 have not been received from the Court Reporter.

27. On December 20, 2017 Defendants had Margaret Hunter examined by Dr. Edward Zurad at his office in Tunkhannock.

28. To date, the deposition of Kelly Smith, DPM and Dan Forensic, both of whom are residents of the State of New York, have not been taken.

29. Plaintiffs' counsel admits that he overlooked the Case Management Order of August 2, 2017 in that the staff only documented from the Order in the firm computer the discovery deadline of January 31, 2018 and not the Plaintiffs' or Defendants' expert reports deadline. In fact, Plaintiffs' counsel only became aware of the expert deadlines when Defense counsel mentioned it to him on December 20, 2017 while at Margaret Hunter's examination at Dr. Zurad's office.

30. Plaintiffs' counsel respectfully submits that he has not deliberately ignored This Honorable Court's Case Management Order deadlines of August 2, 2017.

31. Because of the lateness receiving all of the deposition transcripts and the failure to docket the expert deadline in the firm computer, causing Plaintiffs' counsel to

believe he had time after the discovery deadline to obtain expert reports, and Plaintiffs waiting for the Order with respect to the Motion to Compel answers to deposition questions, the Plaintiffs experts have not completed their review of the extensive depositions and therefore their reports have not been finalized.

32. The Parties request that This Honorable Court issue a newly agreed upon Order extending the deadlines as follows:

1. Discovery to be completed by February 28, 2018;
2. Plaintiff expert reports due March 15, 2018;
3. Defense expert reports due April 30, 2018;
4. Mediation shall be completed by May 31, 2018;
5. Dispositive Motions due May 15, 2018.

WHEREFORE, Plaintiffs request that their Motion for Extension of Time until February 15, 2018 for Production of Plaintiffs' Expert Reports with a corresponding extension of time for Defense expert reports to be granted.

Respectfully submitted,

FOLEY LAW FIRM

By: _____
Thomas J. Foley, Jr., Esquire