# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARGARET T. HUNTER,** : | |
| **JOHN P. HUNTER,** : | |
|     **Plaintiffs** : | |
| : | |
|   VS. : | CIVIL ACTION NO. 3:17cv07 |
| : | |
| **RICHARD P. KENNEDY, M.D.,** : | JUDGE MUNLEY |
| **MONROE RADIOLOGY IMAGING,** : | |
| **P.C., and POCONO HEALTH** : | |
| **SYSTEM,** : | |
|     **Defendants** | |

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on 5/15/18, and the results of that conference are indicated below:

\_\_\_    The case has been completely settled.

_X_    No settlement reached.

\_\_\_    The parties have reached an impasse.  The parties and the mediator agree that a future mediation conference may be beneficial and will engage in additional discussions if appropriate.

Date:  5/15/18                                        _/s/ Raymond E. Ginn, Jr._
                                                         Raymond E.  Ginn, Jr., Esquire
                                                         Mediator