# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARGARET T. HUNTER and JOHN P. HUNTER, <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD P. KENNEDY, et al., <br><br> Defendants. | CIVIL ACTION NO. 3:17-cv-00007 <br><br> (MUNLEY, J.) <br> (SAPORITO, M.J.) |

## ORDER

AND NOW, this 4th day of December, 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the defendants' motion for the apportionment of expert deposition costs (Doc. 75) is **GRANTED in part and DENIED in part**. The defendants shall pay **$4,000** in reasonable expert fees to the plaintiffs' expert witness, Kelly Smith, DPM, for time spent being deposed by the defendants on April 30, 2018, and October 4, 2018, in accordance with Fed. R. Civ. P. 26(b)(4)(E). The remainder of the relief requested by the defendants is **DENIED without prejudice**.

<em><u>s/Joseph F. Saporito, Jr.</u></em><br>
JOSEPH F. SAPORITO, JR.<br>
United States Magistrate Judge