# BIOGRAPHICAL

Name:  Carl T. Hasselman, M.D.
Citizenship:  USA
Office Address:  200 Delafield Road, Suite 1040, Pittsburgh, PA  15215
Office Telephone:  (412)782-3990

# EDUCATION AND TRAINING

Undergraduate

| | | | |
|---|---|---|---|
| 1/87 – 5/90 | University of Pittsburgh<br>Pittsburgh, PA  15213 | B.S. | Neuroscience |
| Honors: | Summa Cum Laude | | |

Graduate

| | | |
|---|---|---|
| 8/90 – 5/94 | Duke University<br>Durham, NC | M.D. |
| Honors: | Alpha Omega Alpha | |

Post Graduate

| | | |
|---|---|---|
| 7/94 – 6/95 | University of Pittsburgh<br>Pittsburgh, PA | General Surgery<br>Internship |
| 7/95 – 6/99 | University of Pittsburgh<br>Pittsburgh, PA | Orthopedic<br>Residency |
| 8/00 – 7/01 | University of Pittsburgh<br>Pittsburgh, PA | Foot and Ankle<br>Fellowship |

# TEACHING EXPERIENCE

| | |
|---|---|
| 1999-2000 | Designed and Executed a Curriculum for Orthopedic<br>Residents and Medical Students |
| 1997-2000 | Designed and Executed a Curriculum for Emergency<br>Medicine Residents and Medical Students |

Carl T. Hasselman, MD

| | | |
|---|---|---|
| 2001-2006 | Clinical Instructor for Orthopedic Residents, University of Pittsburgh Medical Center | |
| 2003-2006 | Fellowship Instructor for Foot and Ankle, University of Pittsburgh Sports Medicine Fellowship | |

## APPOINTMENTS AND POSITIONS

| | | |
|---|---|---|
| 2014 | University of Pittsburgh Pittsburgh, PA | Clinical Assistant Professor Orthopedic Surgery |
| 7/99 | University of Pittsburgh Pittsburgh, PA | Clinical Instructor Orthopedic Surgery |
| 4/02 | Bagram Air Base Afghanistan (U.S. Army) | Chief of Surgery Combat Support Hospital |
| 2/04 | 1st Forward Surgical Team Mosul, Iraq | Deputy Commander |
| 2/05 | Arthrosurface Inc. Franklin, MA | Consultant and Advisor Foot and Ankle Surgery |
| 8/06 | St. Margaret's Hospital Pittsburgh, PA | Vice Chairman Dept. of Orthopedic Surgery |

## CERTIFICATION AND LICENSURE

Specialty Certification

| | | |
|---|---|---|
| 7/05 | American Board of Orthopedic Surgeons | Board Certified |

Medical Licensure

| | |
|---|---|
| 8/96 | Pennsylvania |

## PROFESSIONAL ACTIVITIES

Service

| | |
|---|---|
| Active Staff | St. Margaret Memorial Hospital Pittsburgh, PA  15215 |

Carl T. Hasselman, MD

2

| Active Staff | University of Pittsburgh Medical Center |
| | Pittsburgh, PA  15213 |

| Active Staff | United States Army Reserves |
| | Lieutenant Colonel |

## MEMBERSHIPS IN PROFESSIONAL AND SCIENTIFIC SOCIETIES

| 2001 | Allegheny County Medical Society |
| 2001 | Pennsylvania Medical Society |
| 2001 | American Academy of Orthopedic Surgery |
| 2002 | Pennsylvania Orthopaedic Society |
| 2002 | Association of Orthopedic Foot and Ankle Surgeons |

## AWARDS AND HONORS

UPMC ACES Award – 2006

Army Commendation Medals – 2006 and 2004

Bronze Star Medal - 2002

The Hip Society, Charnley Award – 1997

American Orthopedic Association Research Award – 1997

American Orthopedic Association Research Award – 1996

American Federation for Clinical Research Award – 1994

## Presentations

Aprelava, M., Hasselman, C.T., Debski, R.E., Warner, J.P., Woo, S.L.Y.:  A Biomechanical Analysis of Capsulolabral Injury in the Shoulder, Biomechanical Engineering Society, November 1996.

Aprelava, M., Hasselman, C.T., Debski, R.E., Warner, J.P., Woo, S.L.Y.:  Glenohumeral Kinematics Following a Capsulolabral Injury, Orthopedic Research Society, February 1997.

Fisher, K., Plaffel, J., Hasselman C.T.,:  Effects of Bisphosphonates on the Strength of Cancellous and Cortical Bone, Orthopedic Research Society, March 2000.

Carl T. Hasselman, MD

Hasselman, C.T.: A Novel Treatment for Hallux Rigidus, New Horizons Cardiovascular Meeting, Miami, FL, September 2004.

Hasselman, C.T. : The Arthrosurface HemiCAP for Resurfacing the Metatarsal Head, New York Orthopedic Society Meeting, October 2006.

Hasselman, C.T. :  The Use of Locking Plates in the Treatment of Foot and Ankle Disorders, AO/ASIF Meeting Pennsylvania, 2004.

Hasselman, C.T., Aprelava, M., Debski, R.E., Warner, J.P., Woo, S.L.Y.:  A Dynamic Model of Capsulolabral Injury in the Shoulder, American Academy of Orthopedic Surgeons, February 1997.

Hasselman, C.T., Hughes, C., Best, T.M., Seaber, A.V., Garrett, W.E.:  Clinical and Basic Science Experience with Strain Injuries of the Rectus Femoris, American Orthopedic Society for Sports Medicine, February 1995.

Hasselman, C.T., Best, T.M., Seaber, A.V., Garrett, W.E. Jr.:  A Threshold and Continuum of Injury During Active Stretch of Skeletal Muscle, American Orthopedic Society for Sports Medicine, February 1994.

Hasselman, C.T., Shanbhag, A.S., Kovach, C.J., Marinelli, R., Rubash, H.E.:  Osteolysis and Aspetic Loosening in a Canine Uncemented Total Hip Arthroplasty Model, Orthopedic Research Society, February 1997.

Hasselman, C.T., Shanbhag, A.S., Rubash, H.E.:  Osteolysis and its Inhibitation in a Canine Uncemented Total Hip Arthroplasty Model, Calcified Tissue Society, April 1997.

Hasselman, C.T., Kovach, C.J., Keys, B., Rubash, H.E., Shanbhag, A.S.:  Macrophage Response to Synergistic Challenge with Prosthetic Wear Debris, Orthopedic Research Society, February 1997.

Hasselman, C.T., Shanbhag, A.S., Rubash, H.E.:  The Immunohistochemical and Biochemical Characterization of Aseptic Loosening and Osteolysis in Total Hip Arthroplasty, Combined Orthopedic Research Society, November 1996.

Macaulay, W., Hasselman, C.T., Shanbhag, A.S., Dowd, J.E., Woel, C., Rubash, H.E; Bone Ingrowth and Particle Debris in a Canine Acetabular Arthroplasty Model, Orthopedic Research Model, Orthopedic Research Society, February 1996.

Rubash, H.E., Conlan, T., Hasselman, C.T., McGough, R., Shanbhag, A.S.:  Osteolysis and its Clinical Manifestations and Management, American Academy of Orthopedic Surgeons Symposium, February 1996.

Carl T. Hasselman, MD

Shanbhag, A.S., Hasselman, C.T., Kovach, C.J., Rubash, H.E.:  Inhibition of Osteolysis by Bisphonatesin a Canine Total Hip Arthroplasty Model, Orthopedic Research Society, February 1997.

Shanbhag, A.S., Hasselman, C.T., Kovach, C.J., Rubash, H.E.:  Possible Upregulation of Macrophage Responsiveness to Wear Debris, Orthopedic Research Society, February, 1999.

Shanbhag, A.S., Hasselman, C.T., Rubash, H.E.:  Potential Inhibition of Wear Debris Mediated Osteolysis in a Canine Total Hip Arthroplasty Model, American Orthopedic Hip Society, February 1997.

Shanbhag, A.S., Hasselman, C.T., Rubash, H.E.:  Osteolysis and its Inhibition in a Canine Total Hip Arthroplasty Model, Society for Biomaterials, May 1997.

Shanbhag, A.S., May, D., Cha, C., Kovach, C.J., Hasselman, C.T., Rubash, H.E.: Enhancing Net Bone Formation in Canine Total Hip Components with Bisphosphonates, Orthopedic Research Society, February 1999.

Sved, A.F., Hasselman, C.T., Backes, M.G., Salter, J.N.:  Evidence that PNMT Containing Nerve Terminals in the Rat Spinal Cord arc Noradrenergic, Society for Neuroscience, November 1991.

Warner, J.P., Hasselman, C.T., Aprelava, M., Debski, R.E., Woo, S.L.Y.:  A Dynamic Model of Capsulolabral Injury in the Shoulder, Society of Elbow and Shoulder Surgeons, February 1997.

Hasselman, C.T.:  Common Foot Problems in Primary Care, UPMC/ St. Margaret Memorial Hospital, Medical Rounds, January 2002.

## PUBLICATIONS

Aprelava, M.A., Hasselman, C.T., Debski, R.E., Fu, F.E., Woo, S.L.Y.:  A Dynamic Analysis of Glenohumeral Kinematics Following Capsulolabral Injuries, Journal of Bone and Joint Surgery, 84A: 179-194.

Hasselman, C.T., Anderson, G.A., Jaffe, R., Yaw, K.A.:  Rosai-Dorfmann Presenting as a Solitary Bone Lesion in a Child, The Pittsburgh Orthopedic Journal, 5: 49-53, 1995.

Hasselman, C.T., Best, T.M., Garrett, W.E. Jr.:  When Groin Pain Signals Adductor Strain.  The Physician and Sports Medicine, 23: 112-117, 1995.

Hughes, C. 4th, Hasselman, C.T., Best, T.M., Martinez, S., Garrett, W.E. Jr.: Incomplete, Intrasubstance Strain Injuries of the Rectus Femoris Muscle. American Journal of Sports Medicine, 23(4):500-6, 1995.

Carl T. Hasselman, MD

5

Hasselman, C.T., Best, T.M., Hughes, C., Martinez, S., Garrett, W.E. Jr.:  An Explanation for Various Rectus Femoris Strain Injuries Using Previously Undescribed Muscle Architecture, American Journal of Sports Medicine, 23: 493-499, 1995.

Hasselman, C.T., Best, T.M., Seaber, A.V., Garrett, W.E. Jr.:  A Threshold and Continuum of Injury During Active Stretch of Skeletal Muscle, American Journal of Sports Medicine, 23: 65-73, 1995.

Hasselman, C.T., Shanbhag, A.S., Cha, C., Marinelli, R., Rubash, H.E.:  A Canine Uncemented Total Hip Arthroplasty Model of Osteolysis, Journal of Bone and Joint Surgery, submitted for publication.

Shanbhag, A.S., Hasselman, C.T., Rubash, H.E.:  Technique for Generating Submicrometer Ultra High Molecular Weight Polyethylene Particles, Journal of Orthopaedic Research, 14(6):1000-4, 1996.

Shanbhag, A.S., Hasselman, C.T., Rubash, H.E..:  The John Charnley Award.  Inhibition of Wear Debris Mediated Osteolysis in a Canine Total Hip Arthroplasty Model, Clinical Orthopaedics and Related Research, Nov;(344):33-43, 1997.

Hasselman, C.T., Kovach, C.J., Keys, B., Rubash, H.E., Shanbhag, A.S.:  Macrophage Response to Synergistic Challenge with Prosthetic Wear Debris, Pittsburgh Orthopedic Journal, 8: 27, 1998.

Shanbhag, A.S., Hasselman, C.T., Rubash, H.E.:  Osteolysis abd its Inhibition in a Canine Total Hip Arthroplasty Model, Clinical Orthopedics and Related Research, 359: 118-130, 1998.

Apreleva, M., Hasselman, C.T., Debski, R.E., Fu, F.H., Woo, S.L., Warner, J.J.:  A Dynamic Analysis of Glenohumeral Motion After Simulated Capsulolabral Injury.  A Cadaver Model, Journal of Bone and Joint Surgery (American), 80(4):474-80, 1998.

Sinha, R.K., Shanbhag, A.S., Maloney, W.J., Hasselman, C.T., Rubash, H.E.:  Osteolysis: Cause and Effect.  Instructional Course Lecture, 47:307-20, 1998.

Hasselman, C.T., Vogt, M.T., Stone, K.L., Cauley, J.A., Conti, S.F.:  Foot and Ankle Fractures in Elderly White Women.  Incidence and Risk Factors. Journal of Bone and Joint Surgery (American), 85-A(5):820-4, 2003.

Kline, A.J., Hasselman, C.T.:  Metatarsal Head Resurfacing for Advanced Hallux Rigidus.  Foot and Ankle International, 34(5):716-25, 2013.

Flynn, J.F., Wukich, D.K., Conti, S.F., Hasselman, C.T, Hogan, M.V., Kline, A.J.: subtalar Coalitions in the Adult.  Foot and Ankle Clinic Journal, 20(2):283-91, 2015.

Carl T. Hasselman, MD

Kline, A.J., Hasselman, C.T.:  Resurfacing of the Metatarsal Head to Treat Advanced Hallux Rigidus.  Foot Ankle Clinic Journal, 20(3):451-63, 2015.


## **BOOK CHAPTERS**

Best, T.M., Hasselman, C.T., Garrett, W.E. Jr.:  (1995) Muscle Strain Injuries: Biomechanical and Structural Studies, Muscle Injury, Apr 2000.

Hasselman, C.T., Best, T.M.:  (1994) Warm-up and Injury Prevention, Encyclopedia of Sports Medicine and Exercise Physiology, Dec 1997.

Hasselman, C.T., and Gruen, G.S.:  (1999) Principles and Techniques of Internal and External Fixation, Orthopedics, Mar 2000.

Shanbhag, A.S., Hasselman, C.T., Jacob, J., Rubash, H.E.:  The Biological Response to Wear Debris, The Adult Hip, July 1998.

Sinha, R.K., Shanbhag, A.S., Maloney, W.J., Hasselman, C.T., Rubash, H.E.:  Osteolysis: Cause abd Effect, AAOS Instructional Course Lectures, 1998.


Updated 2018


Carl T. Hasselman, MD