March, 2017<br>
Phone 860-577-2744<br>
E-mail: pmedrek@gmail.com

# Paul Medrek, MD, MPH

**Professional Experience**

**2013 - present        Brigham and Women's Hospital, Harvard Medical School**
**Boston, MA**
*Associate Medical Director, Occupational Health Services. Clinical Instructor in Medicine, Harvard Medical School*

- Accountable for assisting in the provision and administration of all Occupational Health Services provided to Brigham and Women's Hospital employees
- Program development and delivery of medical care to employees.
- OHS team earned the Theodore Roosevelt Workers' Compensation Award in 2013

**2014 – present        Eastman Chemical Company, Indian Orchard Division**
**Indian Orchard, MA**

*Site Medical Director*

• Accountable for the provision and administration of all Occupational Health Services provided to employees

• Developed / monitored programs of worker compensation care and case management; immunization; surveillance; travel health, prevention, drug testing, and delivery of medical care to employees

**2015 – present        Novartis, Cambridge  MA**

**Occupational Medicine Physician**

• Provided per diem coverage for the Occupational Medicine Program at Cambridge, MA site. Accountable for the per diem provision of all Occupational Health Services provided to employees

• Monitored programs of worker compensation care and case management; immunization; surveillance; travel health, prevention, and delivery of medical care to employees

**2013 – 2014        Newell Rubbermaid Company, Lenox Tools Division**
**East Longmeadow, MA**

**Medical Director**

- Accountable for the provision and administration of all Occupational Health Services provided to Lenox Tools employees
- Developed / monitored programs of immunization; surveillance; travel health, prevention, drug testing, and delivery of medical care to employees.

**2011 - present        Blue Cross Blue Shield                              Boston, MA**
*Physician Advisor*
- Accountable for consultations and utilization management decisions related to services covered by Blue Cross to its members.
- Accountable for the provision of case management decisions related to services covered by Blue Cross to its members

**2011 - 2013      Harvard University School of Public Health**
**Boston, MA**
*Resident Physician, Occupational and Environmental Medicine*
- Clinical duties included providing occupational health, travel health and public health in various settings across the Commonwealth of Massachusetts

**2011 - 2013      Harvard University   School of Public Health**
**Boston, MA**
*Research Fellow*
- Performed research related to cardiovascular risk factors in firefighters
- Presented research findings at Harvard School of Public Health seminars

**2007 - present   Occupational and Environmental Health Network (OEHN) Marlboro, MA**
*Occupational Medicine Consultant*
- Accountable for the reviewing the clinical work of physicians providing workers' compensation care across the United States
- Reviewed many cases, involving causality assessments, medication and treatment issues
- Performed utilization review

**2006 - 2011          Baystate Health                                    Springfield, MA**
*Director, Occupational Health*
- Accountable for the provision and administration of all Occupational Health Services provided to Baystate Health employees at three hospitals
- Operating Budget: $1,146,000; Revenue: $150,000; FTEs: 15.8
- Medical Director and Director of Operations for Baystate Health System Occupational Health. Managed 1 physician and 6 midlevel providers.
- Developed / monitored programs of immunization; surveillance; prevention, drug testing, and delivery of medical care to employees.
- Contributed to planning and building a Culture of Health at Baystate Health

**2002 – 2005**

**Center for Occupational and Environmental Health                 Portsmouth, NH**
*Medical Director, Occupational Medicine*
- Directed injury care and prevention services
- Co-chair, Exeter Hospital's Corporate Wellness Committee

**Paul Medrek, MD, MPH**

- Supervised mid-level practitioners
- Certified Medical Review Officer
- Medical Director : Seabrook Nuclear Power; Public Service of New Hampshire; Goss Manufacturing; and Unitil Corporation

**2001-2002        Occupational Health and Rehabilitation          Nashua, NH**
*Occupational Medicine Physician*
- Directed injury care and prevention services
- Supervised mid-level practitioners

**1996 – 2001        MetroWest Occupational Medicine          Framingham, MA**
*Occupational Medicine Physician*
- Directed injury care and prevention services
- Supervised mid-level practitioners
- Medical Review Officer

**1998 - 2005        Mount Auburn Hospital          Cambridge, MA**
*Emergency Medicine Physician, Clinical Instructor in Medicine, Harvard Medical School*
- Coordinator for Undergraduate Education

**1990 - 1999        Emerson Hospital          Concord, MA**
*Emergency Medicine Physician*
- Director, ED Risk Management
- Chair, Medical Records Committee, Emerson Hospital

**1987 - 1995                    Columbus, OH**
*US Navy Reserve Medical Corps*
- Provided occupational medical care to military personnel

| | | | |
|---|---|---|---|
| Education | 2000 - 2006 | **Medical College of Wisconsin**<br>MPH, Occupational Medicine | Milwaukee, WI |
| | 1983 - 1987 | **University of Massachusetts Medical School**<br>MD | Worcester, MA |
| | 1978 –1982 | **College of the Holy Cross**<br>BA, Biology | Worcester, MA |

**Paul Medrek, MD, MPH**

| | | | |
|---|---|---|---|
| Residencies | **1987 – 1990** | **Wright State University**<br>Emergency Medicine | **Dayton, OH** |
| | **2011-2013** | **Harvard University** | **Boston, MA** |

Licensure and Certification

Massachusetts, State Medical License

Board Certified in Occupational Medicine

Board Certified in Emergency Medicine

Certified Medical Review Officer, Medical Review Officer Certification Council

Professional memberships

American College of Occupational and Environmental Medicine

New England College of Occupational and Environmental Medicine

Massachusetts Medical Society

American College of Preventive Medicine

Academic Appointments

| | |
|---|---|
| **2013-present** | **Instructor in Medicine, Harvard Medical School** |
| **1997 - 2005** | **Instructor in Medicine, Harvard Medical School** |
| **1998 - 2005** | **Instructor, Northeastern U. College of Health Sciences** |

Publications

Original Reports:

Ledbetter ML, and Medrek PL. Use of potassium transfer assay to demonstrate interference of phorbol esters with cell communication. J. Cell Biology. 1982.

Medrek PL. Demonstration of cell-to-cell communication using a potassium transfer assay [Thesis]. Worcester, Massachusetts: College of the Holy Cross, 1982. 82pp.

Byrn R, Thomas P, Medrek P, Zamcheck N. Carbohydrate heterogeneity of carcinoembryonic antigen affects liver cell membrane binding and clearance from circulation in mice [Abstract]. Clinical Research. 1983; 31, 694a.

Byrn R, Thomas P, Scapa E, Spigelman Z, Medrek P, Lowenstein M, Zamcheck N. Carcinoembryonic antigen and asialoglycoprotein serum levels in patients with liver disease. Gastroenterology. 1983; 84, 1366.

Byrn R, Medrek P, Thomas P, Jeanloz P, Zamcheck N.. Effect of heterogeneity of

**Paul Medrek, MD, MPH**

carcinoembryonic antigen on liver cell membrane binding and its kinetics of removal from circulation. Cancer Research 1985; 45: 3137-3142.

Byrn R, Thomas P, Medrek P, Spigelman Z, Zamcheck N. Modified radioassay for measuring asialoglycoprotein in serum. Clinical Chemistry 1984; 30: 1692-1696.

Medrek PL and Lockwood W. Advanced care medical kit for prehospital emergencies. Prehospital and disaster medicine 1991; October-December: 6: 4.

Medrek P., Baur D., Poston C., Kales, S. Association of exercise duration and intensity with cardiovascular risk in firefighters.2012  To be submitted for publication.

Books and Other Monographs

Medrek P. An Approach to needlestick and other exposures.  In: Hamilton G, ed. The Approach to Presenting Signs and Symptoms in the Emergency Department. Baltimore: Williams & Wilkins, 1993: 229-237.