# Kelly Ann Smith, DPM

kelly.smith.dpm@gmail.com

134 Riverside Dr.
Binghamton, NY 13905
607-348-6528

## Education

**Residency: Our Lady of Lourdes Memorial Hospital Binghamton, NY PMSR/RRA**
Director: Guido LaPorta, DPM
Graduation Date: June 2015

**Doctor of Podiatric Medicine**
Temple University School of Podiatric Medicine          Philadelphia, PA
Graduation date: May 2012
- Cumulative GPA: 90.86

**Bachelor of Science in Biochemistry**
**Bachelor of Arts in Spanish**
Binghamton University          Vestal, New York
Graduation date: May 2008
- Cumulative GPA: 3.56

**Associates of Science in Math and Science/Liberal Arts**
Tompkins Cortland Community College          Dryden, New York
Graduation date: July 2004
- Cumulative GPA: 3.8

## Professional Boards

**National Board of Podiatric Medical Examiners**
Certified Part I(2010)---Part II(2012)---Part III(2012)

**American Board of Podiatric Medicine**
Board Qualified in July 2015.
Board Certified in October 2015

**American Board of Podiatric Surgery**
Board Qualified in August 2015

**American Board of Wound Management**
Board certified in May 2016

## Awards/Certifications

**Orthopedic rotation completion certificate:** 9/1/2015-10/31/15
Rubin Institute for Advanced Orthopedics          Baltimore, MD
International Center for Limb Lengthening
**ACLS/BLS** Certified
**Inductee of Phi Theta Kappa**, the National Honor Society
**Inductee of Golden Key International Honour Society**
**Dean's List:** Fall 2004, Fall 2005, Spring 2006

## Publications

Original author of ACFAS accepted poster to 2015 Scientific Conference entitled: "**Hinged External Fixation for the Treatment of Equinus Contracture: Case Report**"

Original author of abstracts for *Compendium of Podiatric Medicine & Surgery 2012*, journal articles entitled: "Arteriovenous Hemangiomas of the foot- A Case Report" By Perumas V. and Francisco C.J.

"Treatment of Lisfranc Joint Injury: Current Concepts" by Watson T.S., Shurmas P.S. and Denker J.

| | | |
|---|---|---|
| **Professional Lectures** | **Speaker on "Lateral Ankle Sprains"** Learning Lunch Lecture Series at Lourdes Hospital, Binghamton, NY | 12/2013 |

| | | |
|---|---|---|
| **Professional Affiliations** | **American Podiatric Medical Association** | 2012-present |
| | **American College of Foot & Ankle Surgeons** | 2012-present |
| | **Our Lady of Lourdes Memorial Hospital**   Binghamton, NY | 2015-present |
| | **United Health Services**   Johnson City, NY | 2015-pressent |

| | | |
|---|---|---|
| **Professional Conferences/ Courses** | **ACFAS Annual Scientific Conference** Phoenix, AZ | 2/18-2/22/2015 |
| | **ACFAS Foot and Ankle Arthroscopy Course** Rosemont, IL | 8/2-8/3/2014 |
| | **AAFAO Comprehensive Internal Fixation Course** Memphis, TN | 4/10-4/13/2014 |
| | **Podiatric Residency Education Summit** Teaneck, NJ | 8/23-8/25/2013 |
| | **Orthofix External Ring Fixation Course** Scranton, PA    Speaker: Alex Cherkashin, MD | 3/20/2013 |
| | **Pennsylvania Foot & Ankle Society Conference** Scranton, PA | 12/7-12/9/2012 |
| | **Taylor Spatial Frame Meeting** Scranton, PA    Speaker: Guido LaPorta, DPM, MS | Oct 2012 |
| | **Biomechanical Casting Day Workshop** Scranton, PA    Speaker: Marc Benard, DPM | Sep 2012 |
| | **Baltimore International Limb Deformity Course** Baltimore, MD | 8/31-9/2/2012 |

**Work Experience**

**Podiatrist**
Oct 2015-Present    Foot Care Center    Binghamton, New York
- performing office procedures/ forefoot and rearfoot surgery
- credentialed at 2 hospital systems
- Board Certified by ABPM
- Board Qualified by ABFAS

**Podiatric Assistant**
Jan 2007-June 2008    Dr. Elizabeth Weber-Levi    Johnson City, New York
- Began as an internship and later was asked to work at the office part-time
- Shadowed routine procedures as well as minor surgeries in an office setting
- Was introduced to the many facets of managing a private business

**Lab Assistant**
June 2006-Aug 2006    Binghamton University    Vestal, New York
- Worked with a team to start in finding a universal primer for fly species.

**Volunteer Experience**

**Adopt a Family**
Christmas 2015-present   St. John's Roman Catholic Church    Newark Valley, NY

- Provided gifts and food for an entire family to be able to celebrate Christmas that otherwise would not have been able.

**Medical Volunteer**
July 17, 2011          Sports Medicine Club                    Philadelphia, PA
- Evaluated and treated participants of the "20 in 24" race with foot issues

**Extraordinary Minister**
Aug 2009-May 2010    Thomas Jefferson Hospital          Philadelphia, PA
- Work with Sr. Agnes Frances of St. John's Catholic Church to deliver holy communion to patients at Jefferson hospital

**Catechist & Lector**
Sep 1999- May 2007      St. Francis of Assisi              Catatonk, New York
- Taught Catechism classes to children preK-1st grade
- Participated actively in the mass by verbalizing the readings

## Hobbies

**Philadelphia Marathon**                                        November 2011
- Completed full marathon

**Catherine Valley Half Marathon**   Watkins Glen, NY         August 2013
- half marathon

## References

Available Upon Request