# Kelly Smith, DPM

134 Riverside Drive Binghamton, NY 13905

(607) 723-9018 • kelly.smith.dpm@gmail.com

---

1/15/2018

Foley Law Firm
538 Spruce Street - Suite 200
PO Box 1108
Scranton, Pennsylvania  18501-1108

      Re:   Margaret Hunter
                  84 Latham Rd
                  Deposit, NY 13754

Dear Thomas:

I had the pleasure of taking care of Margaret Hunter in my office from 6/8/2016 to present.  This correspondence is specifically in regards to your question addressing if she would have been able to return to work as a laborer if she had been diagnosed directly after the injury and referred to me within a couple days of the injury.  In my opinion, there are many factors to consider.  Certainly the fact that she continued to walk on the foot after she was told that it was a sprain most likely caused detrimental effects.  It is difficult to ascertain how much damage was done between her injury and when the correct diagnosis was made since no advanced imaging was initially done.  Calcaneal fractures usually cause post-traumatic arthritis to some extent; it is more likely than not that if it was treated promptly and the fracture was less displaced at that time, that she would have been able to recover and return to work as a laborer.

Please let me know if there is any other information that you need.

Sincerely,

*[signature]*

Kelly Smith, DPM

Kelly Smith, DPM
Foot Care Center, LLP
134 Riverside Dr.
Binghamton, NY 13905

March 27, 2017

Mr. Thomas J. Foley, Jr.
Foley Law Firm
538 Spruce Street Suite 200
PO Box 1108
Scranton, PA 18501

Dear Mr. Foley:

This letter pertains to Margaret Hunter DOB 8/19/1964. I initially saw Margaret on 6/8/2016 with initial date of work incident on 5/16/2016. She was diagnosed with L calcaneal fracture based on x-ray and ct scan findings.

At the time I did discuss conservative and surgical treatment options, and the pros and cons of both. She chose conservative treatment at that time. She was immobilized with below knee fiberglass cast for four weeks, with a slow progression to regular shoegear via CAM walker for 3 weeks.

I last saw patient on 12/9/2016. Patient is progressing as well as to be expected for this level of injury. She has intensively worked with physical therapy, and is in regular shogear with custom orthotics. She does still have difficulty with prolonged weightbearing or on uneven surfaces.

I did explain to the patient that due to the nature of the fracture, she will certainly have post-traumatic arthritis of the subtalar joint. Conservative treatments, such as subtalar joint injections, may provide symptomatic relief. If conservative treatment fails to alleviate pain, this may lead to the need for a subtalar joint fusion in the future if symptoms persist and activites of daily living cannot be met. This surgery is definitive, and does immobilize an important joint in the rearfoot. Patients can theoretically return to ambulation with regular shoegear, but do notice difficulty walking on uneven surfaces after this type of fusion.

Sincerely,

Kelly Smith, DPM
**Certified, American Board of Podiatric Medicine**
Certified, American Board of Wound Management