# Terence H. Walsh BA, MSW, CRC
### Malvern, PA 19355
### 610 695-9021-fax/ph.
### terryhwalsh@gmail.com

## PROFESSIONAL EXPERIENCE

**2007- Present**    **PA Advocates, Vocational Expert/Medical Case Manager**

*In this position I performed evaluations and testing of clients, assisted them with resume writing tasks, performed job analyses, job development, job placement duties, Labor Market Surveys, Vocational and Employment Surveys, Wage Earning Research, Earning Power Assessments, return to work activities, testimony and expert witness testimony in Liability, Personal Injury, Divorce, Discrimination, Social Security and Workers Compensation cases. Additionally, I performed some Medical Management tasks including cost benefit analyses, IME's, cost benefit referrals, medical status evaluations and analyses as well as medical reporting.*

**1998-present**    **Paoli Care Management Services, Malvern, PA**
**Vocational Expert/Medical Case Manager**

*In this position I performed evaluations and testing of clients, assisted them with resume writing tasks, performed job analyses, job development, job placement duties, Labor Market Surveys, Vocational and Employment Surveys, Wage Earning Research, Earning Power Assessments, return to work activities, testimony and expert witness testimony in Workers Compensation, Personal Injury, Divorce and Social Security Disability cases. Additionally, I performed all Medical Management tasks including cost benefit analyses, IME's, cost benefit referrals, medical status evaluations and analyses as well as medical reporting.*

**2001.2002**    **Intracorp, Vocational Counselor,** *in this position I also performed evaluations and testing of clients, assisted them with resume writing tasks, performed job analyses, job development, job placement duties, Labor Market Surveys, Earning Capacity Assessments, and testimony.*

**1996-2001**    **GENEX Services/ROI, Vocational Counselor,** *in this position I performed evaluations and testing of clients, assisted them with resume writing tasks, performed job analyses, job development, job placement duties, Labor Market Surveys, Earning Power*

*Assessments, return to work activities, and testimony.*

**1991-96**          ***Delaware Valley Rehabilitation Services, Vocational Counselor***
*In this position I performed evaluations and testing of clients, assisted them with resume writing tasks, performed job analyses, job development, job placement duties, Labor Market Surveys, Earning Power Assessments, return to work activities, and testimony.*

**1988-91**          ***Dollar Discount Stores of America, Owner/operator-****in this position I owned, managed and operated a retail store.*

**1987.88**     ***Bryn Mawr Rehabilitation Hospital, Malvern, PA, Director of Social Work****, in this position I counseled patients on vocational and financial issues as well as discharge planning, social, vocational and personal adjustments post injury, etc.*

**1983.87**          ***Delaware Valley Medical Center, Director of Social Work-****in this position I managed a Social Work staff, handled inter office management including hiring and evaluation processes for staff, determined and met an office budget, counseled patients and documented my activities.*

*EDUCATION*

**1979.82**          ***University of Pennsylvania, School of Social Work, Philadelphia, PA***
*Masters of Social Work conferred in 1982.*

*Internship: University of Pennsylvania, Handicapped Training Center*

**1977.79**          ***College of the Holy Cross, Worcester, Mass,*** *Bachelors of Arts, Sociology 1979.*

*1975.77*     ***Villanova University, Villanova, PA,*** *Studying toward Bachelor of Arts degree.*

**Certified Rehabilitation Counselor(CRC)**

**American Board of Vocational Experts (Associate)**

**Former Certified Disability Management Specialist(CDMS)**

**Contributing Resource for the article "Examining How the Perceptions, Beliefs & Values of Individual Professionals Serving Work-Injured Clients May Affect Their Ethical Behaviors: A White Paper."**

## *ASSOCIATIONS*

*St. Norbert's CYO*

*Chester Valley Little League*