# ANDREW C. VERZILLI, M.B.A
## CURRICULUM VITAE

411 North Broad Street
Lansdale, PA 19446

Office: (215) 368-7797
Email: andy.verzilli@verizon.net

## Education

December, 1991 — **Master Degree in Business Administration**
La Salle University, Philadelphia, PA

June, 1988 — **Bachelor of Science Degree in Business Administration**
Drexel University, Philadelphia, PA
Majors: Economics & Management of Information Systems

## Experience

June, 1988 to the Present

**Verzilli Consulting Group, Inc./ Verzilli & Verzilli and Consultants, Inc.** (Andrew G. Verzilli, Ph.D. & Associates)

**Partner & Economist (June 1994 to Present)**

- Provide economic and financial analysis in the preparation of reports for litigation in various jurisdictions involving:
  - Earning Capacity Estimates
  - Business Valuations
  - Statistical Analysis
  - Pension Valuations
  - Structured Settlement Valuations
  - Medical Care Costs

- Provide economic and financial analysis for small businesses and municipalities.

- Provide Analysis of Collective Bargaining Agreements for Townships and Police Organizations

- Expert testimony has been given in State and Federal courts including the following jurisdictions (not complete list):



PLAINTIFF'S EXHIBIT 50

- Federal District Courts, including: Eastern District, Middle District, Manhattan, West Palm Beach, Newark, Manhattan, Brooklyn.

- Various Commonwealth Courts, including: Lancaster County (PA), Montgomery County (PA), Lackawanna County (PA), Berks County (PA), Bucks County (PA), Philadelphia County (PA), Delaware County (PA), Kent County (PA), Northampton County (PA), Monroe County (PA), Lycoming County (PA), Allegheny County (PA), Wyoming County (PA), Chester County (PA), Burlington County (NJ), Gloucester County (NJ), Camden County (NJ), Jersey City (NJ), Mercer County (NJ), Luzerne County (PA), Carbon County (PA), Washington County (PA), Middlesex County (NJ), Beaver County (PA), Morris County (NJ), Atlantic County (NJ), Monmouth County (NJ), Kings County (NY), New Castle County (DE), Maricopa County (AZ).

## Teaching

**Drexel University, Department of Economics**
**Adjunct Instructor (January, 1992 to April, 1999)**

- Instructor in Principles of Macroeconomics and Principles of Microeconomics (Undergraduate Day & Evening College)

- Student course evaluations were consistently above the average for the Department of Economics

- Highest student course evaluations in Department of Economics for Fall term, 1993

## Other Experience

**Andrew G. Verzilli, Ph.D. & Associates   (Philadelphia, PA)**
*Apprentice Economic Analyst Work Manager*
*(co-op employment through Drexel University)*

- Provided assistance and support in the preparation of economic reports involving personal earning capacity estimates for litigation in various jurisdictions. Assisted in the valuation of structured settlements and pension plans

- Coordinated business operations

**General Services Administration** (Philadelphia, PA)
*Assistant System Manager*
*(co-op employment through Drexel University)*

- Maintained databases for the Federal Protection and Safety Division, and assisted in the development of computer training programs for division employees

- Assisted in the development of a networked computer system for GSA. Responsible for the maintenance of mini computer system and applications

## Research & Presentations

"Jimmynomics, Reaganomics, Georgienomics: What's Next?" (with Verzilli, A.G.; Swift, T.; Donato, C; et al.). Paper presented at the Pennsylvania Economic Association Annual Conference, May, 1991.
Published in PEA Annual Proceedings, 1991.

"Real Interest Rates and Economic Growth: An Historical Perspective" Paper presented at the Pennsylvania Economic Association Annual Conference, June, 1992. Published in PEA Annual Proceedings, 1992.

"Agenda for Economic Growth" (with Verzilli, A.G.; Swift, T.; Donato, C.; Collons, K; et al.). Paper presented at the Pennsylvania Economic Association Annual Conference, June, 1992. Published in the PEA Annual Proceedings, 1992.

"The Effect of Tax Policy and Productivity" (with Verzilli, A.G.; Swift, T.; Donato, C; Collons, K; et al.). Paper presented at the Pennsylvania Economic Association Annual Conference, June, 1992. Published in PEA Annual Proceedings, 1992.

"Estimating Earning Capacity and Other Valuation issues – Why Use an Economist" – Presentation with Verzilli, A.G. Post & Schell Seminar,
April 16, 1994 (Philadelphia, PA).

"Social Security: Who Will Pay (2000 and beyond)?". Paper presented at the Pennsylvania Economic Association Annual Conference May 28-29, 1993. To be Published in PEA Annual Proceedings, 1993.

"Our Past Presidents Wonder: Is Clintonomics the Light at The End of the Tunnel?" (with Verzilli, A.G.; Beachel, J.; Swift, T; Collons, K; et al.). Paper presented at the Pennsylvania Economic Association Annual Conference May 28-29, 1993. Published in PEA Annual Proceedings, 1993.

"The Economist Can Not Estimate the Value of Hedonic Damages". Paper presented at the Pennsylvania Economic Association Annual Conference May, 1994. Published in PEA Annual Proceedings, 1994.

"Clintonomics – Good Morning? – Good Night? – or Good Bye" (with Verzilli, A.G.; Collons, K; Donato, C; Swift, T; et al.). Paper presented at the Pennsylvania Economic Association Annual Conference May, 1994. Published in PEA Annual Proceedings, 1994.

"Executive Compensation & Productivity – Are Executives Worth Their Salaries?", (with C. Won-Martinez). Paper presented at the Pennsylvania Economic Association Annual Conference May, 1994. Published in PEA Annual Proceedings, 1994.

"The Impact of Corporate Downsizing in The Northeast" (with C. Wong-Martinez). Presented at the PEA Conference, June, 1995.

"The Economics of Railroad Retirement Pensions" (with C. Donato). Presented at the PEA Conference, June, 1995.

"The Impact of Slander on the Profitability of a Firm" –Presented at PEA Conference June, 1996.

"Examining Medical & Non-Medical Experts in Civil Litigation" (Pennsylvania Bar Institute : CLE , June 2001 -Member of Presentation Faculty).

"Economic Issues in Litigation" (Lancaster County Bar Association, May 2005).

"Presenting and Defending Catastrophic Injury Claims" (Pennsylvania Bar Institute : CLE , October, 2011 -Member of Presentation Faculty).

"How Juries View Tractor Trailer Accidents" (Pennsylvania Bar Institute : CLE, August, 2012).

Presenting as an Economic Expert at Trial (Temple Law Trial Advocacy Class, September, 2015).

Presenting as an Economic Expert at the Committee for Justice for All: CLE Seminar (April, 2017).

Guest Expert Witness in Mock Trial. "Advanced Trial Advocacy: Civil" (Temple Law, March, 2018).

Guest Expert Witness in Mock Trial. "Advanced Trial Advocacy: Civil" (Temple Law, September, 2018).

Guest Expert Witness in Mock Trial. "Advanced Trial Advocacy: Civil" (Temple Law, October, 2018).

## Association Membership & Non-Profit Organizations

National Association of Forensic Economics
American Economic Association

| | |
|---|---|
| Lansdale Little League | President (August, 2004 to August, 2007) |
| Cannoneers Baseball: | Trustee (2007-2011) |
| Lansdale Catholic High School | Asst. Varsity Baseball Coach (2009-2010) |

## Awards

General Services Administration Outstanding Performance (college)
General Services Administration Certificate of Achievement (college)