
EINSTEIN HEALTHCARE NETWORK

| | |
|---|---|
| **Patient Name:** | Margaret Hunter |
| **Referring Physician:** | Dr. Kelly Smith |
| **Date of Birth:** | 8/9/64 |
| **Date of Evaluation:** | 2/12/18 |
| **MRN:** 101413754 | **FIN:** 36454834 |

## GAIT AND MOTION ANALYSIS LABORATORY

### IMPRESSIONS

1. History of left calcaneal fracture with residual pain. Decreased motion and loss in muscle strength.

2. History of left ankle pain with impaired locomotion.

3. Compensatory left hip maneuvers to improve ambulation which have resulted in soreness of the left greater trochanter.

4. Evidence of left drop off gait with excessive ankle plantar flexion during stance phase resulting in weight bearing primarily in the calcaneus.

5. Though the patient has been provided with foot orthotics, she is currently not using them and were not evaluated today.

6. When provided with a left ankle foot orthoses to provide supplemental plantar flexor strength, improvement was evident in her walking with very slight increase in the self-selected walking velocity and improvement in the asymmetry of the temporal spatial parameters of locomotion. It is clear that this brace that was tried today is not ideal for the patient but indicates the potential benefit of such an intervention.

### RECOMMENDATIONS

1. The patient should participate in an ankle plantar dorsi flexor strengthening program for the left lower extremity. The ideal goal would be to achieve sufficient plantar flexor strength to perform single leg toe raises repeatedly.

**Patient Name:**        Margaret Hunter
**Referring Physician:**  Dr. Kelly Smith
**Date of Birth:**       8/9/64
**Date of Evaluation:**  2/12/18
**MRN:** 101413754    **FIN:** 36454834

2. If the patient is not able to regain strength, the use of a left molded ankle foot orthoses set in neutral position with moderate resistance and manufactured out of copolymer to take advantage of the flexibility of the plastic material is recommended. The brace may need to have a soft interface to reduce impact on her heel. This brace may need to be fine-tuned to her walking needs. This could be easily done once the brace is available.

3. If the patient is unable to utilize such a device, the use of an upper limb support, in the form of a cane, should be considered. This should be held in the left hand in an attempt to offload her calcaneus.

Thank you very much for allowing me the pleasure of evaluating your patient in the Gait and Motion Analysis Laboratory at MossRehab. If I can be of further assistance, please do not hesitate to contact me.

Sincerely yours,

Alberto Esquenazi, MD
Director, Gait and Motion Analysis Laboratory

AE/af group\gtl\gaitrep. l8\

cc:    Michael J. Foley, Esq. (w/encl.)

2


**EINSTEIN HEALTHCARE NETWORK**

## GAIT AND MOTION ANALYSIS LABORATORY

**Patient Name:**              Margaret Hunter
**Referring Physician:**       Dr. Kelly Smith
**Date of Birth:**             8/9/64
**Date of Evaluation:**        2/12/18
**MRN:** 101413754             **FIN:** 36454834

### BACKGROUND INFORMATION

Thank you very much for requesting that I evaluate your patient in the Gait and Motion Analysis Laboratory. As you are aware, the patient is a 53-year-old woman who fell off a ladder, rolling her left ankle. She was evaluated three weeks later found to have a calcaneus fracture. She reports that since then she has been walking with a limp because she has pain in her ankle. She has been provided with foot orthotics which she has not been able to use because they do not fit well into her footwear. She reports that she is able to walk without assistive devices, able to go up and down steps, one step at a time, as long as she has a handrail. She complains of tenderness in her foot and some discomfort in her left hip.

The patient currently takes Ibuprofen for pain. Her past surgical history is significant for hernia while her past medical history is significant for recurrent headaches. She acknowledges smoking. She smokes about three-quarters of a pack every day and has been doing that for the last 30 years. She drinks very sporadically, maybe 4-5 times in a month. She denies any drug allergies.

She was working in construction until the time of her accident. She is married, resides with her husband in a house. She reports being able to walk in the community and to climb steps, as mentioned before, with the assistance of a handrail and one step at a time. She is able to drive without assistive devices.

She does not participate in exercise program at this time.

Her review of systems is significant for occasional chest pain, swelling, stiffness in joint pain, particularly in her left ankle, foot and low back. She denies any falls. Other pertinent systems reviewed were negative.

Her family history is significant for coronary disease and diabetes.

The patient is referred to this evaluation to determine possible interventions to improve her ability to walk.

Her examination reveals her to be an alert, pleasant, cooperative woman who is in no acute distress. She is able to communicate needs appropriately. Her body weight, 63 kilograms,

60 Township Line Road                        Elkins Park, PA 19027                        Einstein.edu

Einstein Medical Center Philadelphia         Einstein Medical Center Elkins Park          Einstein Medical Center Montgomery

MossRehab                    Willowcrest              Einstein Physicians              Einstein Outpatient Care

| | | |
|---|---|---|
| **Patient Name:** | Margaret Hunter | |
| **Referring Physician:** | Dr. Kelly Smith | |
| **Date of Birth:** | 8/9/64 | |
| **Date of Evaluation:** | 2/12/18 | |
| **MRN:** 101413754 | **FIN:** 36454834 | |

height, 1.62 meters, and body mass index was calculated and is in the electronic medical record. Her blood pressure, heart rate, and respiratory rate are also documented in the electronic medical record as was medication reconciliation.

There are no facial asymmetries. Upper limbs with functional range of motion and strength. The lungs are clear to auscultation. Heart is regular. Lower limb passive range of motion and manual muscle testing are as follows:

| | | **Left** | **Right** | **Normal** |
|---|---|---|---|---|
| Ankle: | Dorsi/Planta | Pain 0/50 | 10/50 | 0 to 20/0 to 50 |
| | Knee at 90 | 20/50 | 10/50 | |
| | Strength | 3+/3- | 5/5 | |
| | IV/EV | 15/20 | 35/20 | |
| | Strength | 3-/3- | 5/5 | |
| | Toe raises | unable | 18 | |
| | Plano valgus | - | - | |
| Knee: | Ext/Flexion | 0/135 | 0/135 | 0/135 |
| | Strength | 4-/3+ | 5/5 | |
| Hip: | Ext/Flexion | -20/120 | -10/120 | 0/115 |
| | Strength | 3+/4- | 4+/5 | |
| | Abd/Add | 30/30 | 50/30 | |
| | Strength | 3+/3+ | 4/4 | |
| | IR/ER | 20/20 | 30/50 | |
| Scoliosis: | - | | | |
| Flexibility: | SLR | - | - | |
| | Ankle Ashworth | 0 | 0 | |
| | Knee Ashworth | 0 | 0 | |
| Ankle selective control | | N | N | |
| Knee selective control | | N | N | |
| Hip selective control | | N | N | |
| Clonus: | Ankle | - | - | |
| | Patellar | - | - | |
| Sensation: | Light touch | -/+ | -/+ | |
| | Proprio | + | + | |
| Leg length: | | 82 | 82 | |

Key: Ashworth Scale 0=none, 1=slight increase l/2 ROM, 2=increase all ROM, 3=difficult PROM, 4=rigid.
MS = 0 to 5/5, WFL = Within Functional Limits, NT = Not Tested. Selective Control: N = Normal, I = Impaired, U = Unable.

4

| | |
|---|---|
| **Patient Name:** | Margaret Hunter |
| **Referring Physician:** | Dr. Kelly Smith |
| **Date of Birth:** | 8/9/64 |
| **Date of Evaluation:** | 2/12/18 |
| **MRN:** 101413754 | **FIN:** 36454834 |

The patient did have difficulty sustaining effort when testing the left lower extremity because of complaints of pain. She had tenderness in the left plantar fascia and soreness of the left greater trochanter.

Circumferential measurements for her calves and thighs were obtained and are as follows: Left Thigh 53 cm, Right Thigh 52 cm; Left Calf 34 cm, Right Calf 33 cm.

## ANALYSIS

Anthropometric measurements were obtained and are enclosed.

The patient was asked to ambulate on the laboratory walkway with bare feet utilizing no upper extremity for support.

Temporal spatial parameters of locomotion were obtained utilizing the electronic Gait Mat II and revealed a self-selected walking velocity of 0.69 meters per second with gross asymmetries in the temporal spatial parameters of locomotion as recorded in this laboratory. Data are enclosed for your reference. Maximum walking velocity is 1.07 meters per seconds. Of note is the lack of forefoot contact with the ground and most of the weight bearing is done on the calcaneus.

She was provided with her shoes. Repeat ambulation with her footwear demonstrated a significant increase in the walking velocity to 0.95 meters per second with improvements in the asymmetries of the temporal spatial parameters of locomotion but still asymmetrical. The decreased weight bearing was evident for the left forefoot.

The three-dimensional kinetic and kinematic data were obtained during ambulation utilizing a CODA CX1 opto-electronic active marker system and five Bertec force platforms. At the same time, dynamic polyelectromyographic recordings were obtained from selected muscles in both lower extremities utilizing Motion Lab surface electrodes.

Data demonstrate no significant changes in the self-selected walking velocity when compared to the non-instrumented condition.

The kinematic data demonstrate very slight increases in anterior pelvic tilts, essentially normal pelvic obliquities and rotations.

Hip data demonstrate slight asymmetries in the hip motion with increase abduction for the left side.

**Patient Name:**        Margaret Hunter
**Referring Physician:**  Dr. Kelly Smith
**Date of Birth:**        8/9/64
**Date of Evaluation:**   2/12/18
**MRN:** 101413754        **FIN:** 36454834

The knee data demonstrate slight reductions in peak left knee flexion.

The ankle data demonstrate excessive left ankle dorsiflexion in stance phase with sustained plantar flexion in terminal swing phase.

The trunk data demonstrate increased forward flexion, normal lean, slight increases in rotation toward the right side.

The kinetic data demonstrate slightly asymmetrical, but within normal limits, hip extensor moments, decreased right knee peak extensor moments, decreased left knee extensor moments. The left ankle plantar flexor has decreased plantar flexor moment.

The joint powers demonstrate asymmetrical hip power generation with decreased left hip power generation, reductions in bilateral knee power absorption, left more than right and significant reductions in the left ankle power generation while the right one was grossly within normal limits.

The ground reaction force analyses are asymmetrical with a significant decrease in the vertical forces for the left lower extremity. There is also decreased duration.

The dynamic electromyographic recordings demonstrate increased activity of the tibialis anterior in stance phase with decreased activity in swing. The lateral gastrocnemius and soleus demonstrate decreased activity in stance phase with abnormal low level activity during swing phase. For the right lower extremity, tibialis anterior is phasic, gastrocsoleus are slightly premature but phasic in stance phase.

Data obtained today were repeatable and reproducible across multiple data sets.

Patient was then provided with a left plastic ankle foot orthoses in attempt to substitute for ankle plantar flexor weakness. With this in place, walking velocity increased slightly to 1.02 meters per second. Symmetry of walking was improved.

Slow motion video analysis with simultaneous force line visualization demonstrates improvement in the transition from heel to flat foot and control of the overly weak left ankle plantar flexion. Compensatory mechanism at the hip during walking without the brace was noted.

# MossRehab    Gait & Motion Analysis Laboratory

Name    **Hunter, Margaret**                                    Date    **12 Feb 18**

Diagnosis    **fx L calcaneus**                    Gender   **F**      Age   **53**      BW (kg)   **63**

Test Condition    **barefoot, no UE assist**

Standing Leg Length (m)   Left   **0.80**            Right   **0.80**            Stride Time (s)   **1.2**

Velocity (m/s)   **0.69**        Combined Cadence (steps/min)   **100**    Left   **85**    Right   **122**



| Right Initial Contact | Left Terminal Contact | | Left Initial Contact | Right Terminal Contact | | Right Initial Contact | Left Terminal Contact |

| Right Stance | | Right Swing | |
|---|---|---|---|
| Time (s)  0.88  ±  0.03 | | Time (s)  0.33  ±  0.03 | |
| % Stride Time   73 | | % Stride Time   28 | |

| | Left Swing | Left Stance | |
|---|---|---|---|
| | Time (s)  0.64  ±  0.03 | Time (s)  0.55  ±  0.02 | |
| | % Stride Time   53 | % Stride Time   46 | |

| **Right Double Support** | Right Double Support Data | **Left Double Support** | Left Double Support Data |
|---|---|---|---|
| ← → | Time (s)  0.06  ±  0.02 | ← → | Time (s)  0.17  ±  0.02 |
| | % Stride Time   5 | | % Stride Time   14 |

| Left Step | | Right Step | |
|---|---|---|---|
| Time (s)  0.71  ±  0.02    % Stride Time  59 | | Time (s)  0.49  ±  0.03    % Stride Time  41 | |
| Length (m)  0.45  ±  0.03    % Leg Length  56 | | Length (m)  0.39  ±  0.02    % Leg Length  49 | |

Normal Values

| | | | | |
|---|---|---|---|---|
| Age range | 41-60 | Stance time | 0.96 s | 65% |
| Velocity range | 0.5-0.99 m/s | Swing time | 0.51 s | 35% |
| Sex | Female | Step time | 0.73 s | 50% |
| Cadence | 71-97 step/min | DS time | 0.22 s | 15% |
| Stride time | 1.46 s | Step length | 61% leg length | |



base of support

step length

0.13  ±  0.02
**Base of support (m)**

**Sample of Foot Fall Pattern**

→ direction of progression

**max vel=1.07 m/s**        **left=red**                **right=green**

# MossRehab    Gait & Motion Analysis Laboratory

Name    **Hunter, Margaret**                                    Date      **12 Feb 18**

Diagnosis    **fx L calcaneus**          Gender  **F**    Age  **53**    BW (kg)  **63**

Test Condition    **shoes, no UE assist**

Standing Leg Length (m) Left    **0.80**    Right  **0.80**    Stride Time (s)  **1.08**

Velocity (m/s)  **0.95**    Combined Cadence (steps/min)   **111**   Left  **98**   Right  **128**



| Right Initial Contact | Left Terminal Contact | | Left Initial Contact | Right Terminal Contact | | Right Initial Contact | Left Terminal Contact |

| Right Stance | Right Swing | |
|---|---|---|
| Time (s)  0.78  ±  0.03 | Time (s)  0.31  ±  0.02 | |
| % Stride Time   72 | % Stride Time   29 | |
| **Left Swing** | **Left Stance** | |
| Time (s)  0.47  ±  0.03 | Time (s)  0.61  ±  0.04 | |
| % Stride Time   44 | % Stride Time   56 | |

| **Right Double Support** | Right Double Support Data | **Left Double Support** | Left Double Support Data |
|---|---|---|---|
| ◄─────► | Time (s)  0.14  ±  0.02 | ◄─────► | Time (s)  0.16  ±  0.02 |
|  | % Stride Time   13 |  | % Stride Time   15 |

| Left Step | | Right Step | |
|---|---|---|---|
| Time (s)  0.61  ±  0.03    % Stride Time   56 | | Time (s)  0.47  ±  0.03    % Stride Time   44 | |
| Length (m)  0.56  ±  0.03    % Leg Length   70 | | Length (m)  0.47  ±  0.03    % Leg Length   59 | |



base of support

step length

0.10  ±   0.04

**Base of support (m)**

#### Normal Values

| Age range | 41-60 | Stance time | 0.96 s | 65% |
|---|---|---|---|---|
| Velocity range | 0.5-0.99 m/s | Swing time | 0.51 s | 35% |
| Sex | Female | Step time | 0.73 s | 50% |
| Cadence | 71-97 step/min | DS time | 0.22 s | 15% |
| Stride time | 1.46 s | Step length | 61% leg length | |



Sample of Foot Fall Pattern

──────────►

**left=red**          direction of progression          **right=green**

# MossRehab    Gait & Motion Analysis Laboratory

**Name**    Hunter, Margaret                                    **Date**    12 Feb 18

**Diagnosis**    fx L calcaneus                **Gender**  F      **Age**  53      **BW** (kg)  63

**Test Condition**    L AFO, no UE assist

**Standing Leg Length** (m) **Left**  0.80         **Right**  0.80         **Stride Time** (s)  1.08

**Velocity** (m/s)  1.02        **Combined Cadence** (steps/min)  111    **Left**  103    **Right**  120



| Right Initial Contact | Left Terminal Contact | | Left Initial Contact | Right Terminal Contact | | Right Initial Contact | Left Terminal Contact |

| Right Stance | Right Swing | |
|---|---|---|
| Time (s)  0.76  ±  0.05 | Time (s)  0.32  ±  0.02 | |
| % Stride Time   70 | % Stride Time   30 | |

| | Left Swing | Left Stance |
|---|---|---|
| | Time (s)  0.44  ±  0.02 | Time (s)  0.65  ±  0.03 |
| | % Stride Time   41 | % Stride Time   60 |

| Right Double Support | Right Double Support Data | Left Double Support | Left Double Support Data |
|---|---|---|---|
| ◄──► | Time (s)  0.14  ±  0.01 | ◄──► | Time (s)  0.18  ±  0.02 |
| | % Stride Time   13 | | % Stride Time   17 |

| Left Step | | Right Step | |
|---|---|---|---|
| Time (s)  0.58  ±  0.02    % Stride Time   54 | | Time (s)  0.50  ±  0.03    % Stride Time   46 | |
| Length (m)  0.61  ±  0.03    % Leg Length   76 | | Length (m)  0.50  ±  0.03    % Leg Length   63 | |

Normal Values

| | | | | |
|---|---|---|---|---|
| Age range | 41-60 | Stance time | 0.64 s | 62% |
| Velocity range | 1.0-1.5 m/s | Swing time | 0.41 s | 38% |
| Sex | Female | Step time | 0.52 s | 50% |
| Cadence | 102-133 step/min | DS time | 0.12 s | 12% |
| Stride time | 1.03 s | Step length | 75% leg length | |



base of support

step length

0.07  ±  0.03

**Base of support** (m)



Sample of Foot Fall Pattern

──────────►

direction of progression

**left=**red                    **right=**green



# Gait Analysis Report MossRehab Hospital

Page 1

**Margaret Hunter**    MH0212 0003B.MDR        MH0212 0003B.MDR
shoes,no UE assist      2/12/18                 2/12/18

| Patient Data | Age | Date of Birth | Height (m) | Weight (kg) |
|---|---|---|---|---|
| Female | 53 | 08/64 | 1.620 | 63 |

| Gait Parameters | Left | Right | | Joint Ang(deg) | Left | Right | Normal |
|---|---|---|---|---|---|---|---|
| Velocity (m/s) | 1.00 | 0.97 | | Hip Range | 39.46 | 43.27 | 37.11 |
| Stride Length (m) | 1.04 | 1.01 | | Hip Max | 29.48 | 31.96 | 24.32 |
| Stride Time (s) | 1.04 | 1.03 | | Hip Min | -9.98 | -11.31 | -12.79 |
| Step Length (m) | 0.59 | 0.42 | | | | | |
| Step Time (s) | 0.58 | 0.46 | | Knee Range | 53.91 | 50.87 | 53.83 |
| Cadence | 103.88 | 131.52 | | Knee Max | 45.37 | 45.24 | 52.45 |
| Percent Stance | 60.46 | 75.25 | | Knee Min | -8.54 | -5.63 | -1.38 |
| Swing Time (s) | 0.26 | 0.41 | | | | | |
| Double Support (s) | 0.17 | 0.20 | | Ankle Range | 26.53 | 21.82 | 29.45 |
| | | | | Ankle Max | 15.79 | 9.94 | 8.56 |
| | | | | Ankle Min | -10.74 | -11.88 | -20.89 |




Kinematics: Single Cycle

MossRehab Gait Lab



| | | | |
|---|---|---|---|
| Left | | MH0212 0003B.MDR | 2/12/18 |
| Right | | MH0212 0003B.MDR | 2/12/18 |
| Normal | | 0.8-1.2 m/s | |

Page 2









Kinematics: Single Cycle                     MossRehab Gait Lab

Page 3

| Left | | MH0212 0003B.MDR | 2/12/18 |
| Right | | MH0212 0003B.MDR | 2/12/18 |
| Normal | | 0.8-1.2 m/s | |





Kinetics: Single Cycle (sagittal)                    MossRehab Gait Lab

Left    ————    MH0212 0003B.MDR    2/12/18              Page 4
Right   ————    MH0212 0003B.MDR    2/12/18
Normal  ————    0.8-1.2 m/s



Kinetics single-cycle sagittal plots arranged in a 5-row by 3-column grid:

Row 1: Hip Flexion-Extension, Knee Flexion-Extension, Ankle Dorsi-Plantarflexion (degrees)
Row 2: Hip Extensor Moment, Knee Extensor Moment, Ankle Plantarflexor Moment (Nm/kg)
Row 3: Hip Extensor Power, Knee Extensor Power, Ankle Plantarflexor Power (W/kg)
Row 4: Total Hip Power, Total Knee Power, Total Ankle Power (W/kg)
Row 5: A-P GRF, M-L GR FORCE, Vertical GR FORCE (Newtons)

Kinetics: Single Cycle                    MossRehab Gait Lab

| | | | |
|---|---|---|---|
| Left | | MH0212 0003B.MDR | 2/12/18 |
| Right | | MH0212 0003B.MDR | 2/12/18 |
| Normal | | 0.8-1.2 m/s | |

Page 5

Gait Analysis Report: EMG Single Cycle

Left: ———— MH0212 0003B.MDR

Right: ————

Page 6



## Gait Analysis Report: EMG Single Cycle

Left: _____ MH0212 0005.MDR                                    Page 6

Right: _____



Gait Analysis Report: EMG Single Cycle

Left: _____ MH0212 0008.MDR

Right: _____

Page 6







# Gait Analysis Report MossRehab Hospital

Page 1

**Margaret Hunter**
shoes,no UE assist

**Patient Data**

| Gender | Age | DOB | Height (m) | Weight (kg) |
|--------|-----|-----|-----------|-------------|
| Female | 53 | 08/64 | 1.620 | 63 |




Kinematics: Single Cycle, Multiple Strides                    MossRehab Gait Lab

File:      MH0212 0001        MH0212 0003        MH0212 0003B              Page 2
           2/12/18            2/12/18            2/12/18

Left:  ————————
Right: ————————














Kinematics: Single Cycle                                        MossRehab Gait Lab

Left ———————  MH0212 0008.MDF 2/12/18
Right ———————  MH0212 0008.MDF 2/12/18
———————





Kinetics: Single Cycle(sagittal), Multiple Strides

MossRehab Gait Lab

File:     MH0212 0001       MH0212 0003       MH0212 0003B
          2/12/18           2/12/18           2/12/18                    Page 4

Left:
Right:



Kinetics: Single Cycle, Multiple Strides

MossRehab Gait Lab

File:
MH0212 0001
2/12/18

MH0212 0003
2/12/18

MH0212 0003B
2/12/18

Page 5

Left:
Right: