# Guido A. LaPorta, DPM, MS

Grouse Hill Road

South Abington Township, Pennsylvania 18414

## EDUCATION

1963
Scranton Preparatory School

1967 BS-Biology
University of Scranton, Scranton, Pennsylvania

1971-1974 DPM
Pennsylvania College of Podiatric Medicine, Philadelphia, Pennsylvania

1974 Podiatric Surgical Residency
Bay Area Residency Program, San Francisco, California

1974 MS Podiatric Surgery
University of California, San Francisco, California

## CERTIFICATIONS

- Diplomate, American Board of Podiatric Surgery
- Diplomate, American Board of Orthopedics and Primary Podiatric Medicine
- Diplomate, American Board of Quality Assurance and Utilization Review
- Fellow, American College of Foot and Ankle Surgery
- Fellow, American College of Foot and Ankle Orthopedics and Primary Podiatric Medicine
- Fellow, American Academy of Podiatric Sports Medicine
- Board Certified Wound Specialist, American Academy of Wound Management

# MEMBERSHIPS

- Lackawanna County Podiatric Medical Association
- Pennsylvania Podiatric Medical Association
- American Podiatric Association
- American Physicians Fellowship, Incorporated for Medicine in Israel
- American Society of Podiatric Legal Medicine
- American Academy of Podiatric Microsurgery
- American Diabetes Association
- Pi Delta National Podiatric Honor Society
- National Academies of Practice (Distinguished Practitioner)

# HOSPITAL AFFILIATIONS

Geisinger Community Medical Center, Scranton, Pennsylvania
Commonwealth Health Regional Hospital of Scranton, Pennsylvania
Commonwealth Health Moses Taylor Hospital, Scranton, Pennsylvania
Northeast Surgery Center (NESC), Dickson City, Pennsylvania
Our Lady of Lourdes Hospital, Binghamton, New York

# PROFESSIONAL ACTIVITIES

Professor of Surgery, Geisinger Commonwealth School of Medicine, Scranton, Pennsylvania
Past President, Pennsylvania Podiatric Medical Association
Past President, American Board of Podiatric Surgery
Past President, Lackawanna County Podiatric Medical Association
Chairman, Division of Podiatric Surgery, Geisinger Community Medical Center
Director, Podiatric Medical Education, Geisinger Community Medical Center
Captain, Podiatry Division, United Way of Lackawanna County
Director, Podiatric Medicine Education, United Health Services Hospitals, Binghamton, New York
Attending Medical Staff Wound Care Clinic, Lourdes Hospital, New York
Consultant, Pennsylvania Podiatric Medical Association
CEO, William Goldfarb Foundation for Lower Extremity Education and Research, 1990-1997
Peer Review Committee, PPMA
General Scientific Chairman, Pennsylvania Clinical Conference and Hershey Intensive Board Review Course, 1978-2000
Pennsylvania Diabetes Task Force
Board of Directors, American College of Foot and Ankle Surgery
Civilian Podiatry Consultant, Surgeon General of the United States Air Force
Consultant, Medtronics

Contributing Editor, Biomechanics Magazine
Contributing Editor, The Journal of Lower Extremity Education and Research Visiting Professor, New York College of Podiatric Medicine, Ohio College of Podiatric Medicine
Adjunct Clinical Professor of Surgery, Temple University School of Podiatric Medicine
Assistant Professor of Orthopedic Department, SUNY College, Binghamton, New York campus
President, Northeast Leg Lengthening and Reconstructive Surgery Center, PC

# NATIONAL AND INTERNATIONAL LECTURES ON FOOT AND ANKLE SURGERY

Has presented over 150 papers at Podiatric, Orthopedic, Arthritis and Diabetes meetings since 1977.

# SPECIAL INTERESTS

Post Graduate Residency and Fellowship Training
Wound Care
Charcot Foot Deformity
Limb Lengthening and Reconstructive Surgery
Peripheral Nerve Surgery
Peripheral Nerve Stimulator

# PRIVATE PRACTICE LOCATIONS

**DUNMORE LOCATION:**
414 East Drinker Street
Suite 101
Dunmore, Pennsylvania 18512-2469
Phone: 570-348-1757
Fax: 570-348-6721

**NEW YORK LOCATION:**
120 Plaza Drive
Suite F
Vestal, New York 13850-3640
Phone: 607-766-9097
Fax: 607-797-5195