

**LAPORTA & ASSOCIATES**
FOOT AND ANKLE SPECIALISTS

DIANE M. BRAY, DPM
Fellow, American Professional
Wound Care Association (APWCA)
Diplomate, American Board of Podiatric Medicine

DANA E. KLUSH, DPM
Diplomate, American Board of Podiatric Medicine
Diplomate of American Board of Wound Management
Certified Wound Specialist

GUIDO A. LAPORTA, DPM, MS
Diplomate, American Board of Foot and Ankle Surgery
Diplomate, American Board of Podiatric Medicine
Fellow, American Collage of Foot and Ankle Surgeons
Certified Wound Specialist (CWS)
Fellow, American Professional Wound Care Association
(APWCA)

MARK J. MICCICHE, DPM
Certified Wound Specialist (CWS)

ELAINE A. O'DONNELL, DPM
Diplomate, American Board of Foot and Ankle Surgery
Fellow, American Collage of Foot and Ankle Surgeons
Certified in Aesthetics

JOSEPH W. ROMANI, DPM
Diplomate, American Board of Podiatric Medicine

NEW YORK OFFICE
120 Plaza Drive
Suite F
Vestal, NY 13850
Phone: (607) 766-9097
Fax: (607) 797-5195

PENNSYLVANIA OFFICES
DUNMORE
414 East Drinker Street
Suite 101
Dunmore, PA 18512
Phone: (570) 348-1757
Fax: (570) 348-6721

ALBRIGHTSVILLE
Penn Kidder Medical Center
Route 903
Albrightsville, PA 18210
Phone: (570) 348-1757

HONESDALE
Wayne Medical Services
600 Maple Avenue
Honesdale, PA 18431
Phone: (570) 348-1757

LORDS VALLEY
Pike County Medical Center
Route 739
Hawley, PA 18428
Phone: (570) 348-1757

February 7, 2019

Michael J. Foley, Esq.
Foley Law Firm
538 Spruce Street
Suite 200
Scranton, PA 18503

Dear Mr. Foley,

I have reviewed the following documents for the preparation of this report:
Records of PMC Intermediate Care Center
Records of PMC Occupational Medicine
Pocono Medical Center X-Rays and Reports
Wilson Memorial Medical Center ER Records, Radiology Reports and Films
Records and X-Rays Of Kelly Ann Smith, DPM-Foot Care Center to January 4, 2019
Records of Brett Mullen, D.C. Examinations
Southern Tier Physical Therapy

I have read the reports of Joseph F. Daley, DPM (May 15, 2018) and Keith Wapner, MD (May 15, 2018) and I disagree with their conclusions.

Margaret Hunter (DOB 08/19/1964 Age 51) was seen at the Pocono Medical Center Immediate Care Center in Bartonsville, PA on 05/16/16 for evaluation and treatment of a work related injury. She related a history of descending a ladder when the base gave out causing her to fall 7-8 feet. She reported landing mostly on her feet but rolled her left ankle. She rated her pain as 10/10. On physical exam, she presented with tenderness and swelling over the lateral malleolus, warm to touch and no ecchymosis. It was noted that she had limited range of motion secondary to pain. She was able to perform plantarflexion, dorsiflexion, inversion and eversion. Drawer sign Thompson's test were negative. Peter Obeng, MD assessed the patient had a left ankle sprain. She was placed in a gel ankle support and given instructions for ankle sprain exercises. She was instructed in rest, ice, compression and elevation. She was dispensed crutches and instructed in proper technique. Ankle x-rays were read negative for fracture. ("marked soft tissue swelling about the lateral malleolus-no underlying fracture is identified") A follow-up appointment was given for 4 days.

Michael J. Foley, Esq.
RE: Margaret Hunter
Page 2

Mrs. Hunter was again seen by Dr. Obeng at PMC ICC on 05/20/2016 for follow-up. She reported overall improvement of ankle pain (4/10) and compliance with RICE therapy. She continues to use crutches and avoided weightbearing. Physical exam was positive for swelling, tenderness and ecchymosis around lateral malleolus. There was full ROM with pain, painful weightbearing and a swollen foot. Patient was advised to start applying some weight with crutches, continue RICE, and continue home exercises and Ibuprofen. The plan was to refer to physical therapy if there was not significant improvement at her follow-up appointment in approximately 1 week.

Mrs Hunter was again seen on 05/31/2016 by Dr. Obeng. She reported no significant improvement and stated the left foot and ankle continued to swell. Partial weightbearing had a lot of discomfort. She is seated at work and is using compression stockings. Physical exam showed moderate ankle swelling and painful ROM. The lateral malleolus was tender. The hindfoot was ecchymotic and there was severe tenderness with partial weightbearing. Repeat x-rays were ordered and compared to the previous study. Dr. Obeng discharged Mrs. Hunter with a diagnosis of ankle sprain and a prescription for physical therapy with a follow-up appointment in one week. Subsequently, Dr. Obeng was advised the x-rays again were negative for ankle fracture but demonstrated a calcaneal fracture with a lucent line in the calcaneus and a separate sclerotic line perpendicular to the lucent line. It was noted that the position and alignment were anatomic. Dr Obeng then notified her of the calcaneal fracture and she was referred to Orthopedics

Mrs. Hunter was seen at the Emergency Room of Wilson Memorial Hospital in Binghamton, NY on 06/02/2016. It was noted that she presented with continued left ankle pain. Physical exam showed swelling and tenderness at the lateral malleolus and proximal foot. There was also ecchymosis of the sole of the hindfoot, small ankle joint effusion and limited ankle joint ROM secondary to pain. A Podiatry Consult was called. Left Ankle x-rays demonstrated a calcaneal fracture particularly seen on the sagittal plane posterior to the subtalar joint. Some impaction indicated an intraarticular component. Results of a CT scan showed "comminuted displaced fracture of the calcaneus".

The patient was seen on Podiatry Consult by Larry Schow, DPM for Kelly Smith, DPM. He reviewed the history and noted that the patient is yet unable to ambulate. On physical exam, he noted plantar ecchymosis as well as medial and lateral ecchymosis around the ankle and subtalar joint. There was tenderness on the plantar and lateral heel. Dr. Schow, as a Resident, reviewed the CT scan and confirmed compression fracture of the calcaneus. Instructions included continued use of crutches, no weightbearing, an Ace Wrap and follow-up with Kelly Smith, DPM.

Mrs. Hunter was seen by Dr. Kelly Smith on 06/08/2016. Her history was reviewed and notably the patient stated that she was having so much pain trying to bear weight that she had to return earlier to Dr. Obeng at which time she requested an additional x-ray which identified the calcaneal fracture. Dr. Smith noted a positive Mondor's sign. She also reviewed the CT scan and noted a Sanders 2A calcaneal fracture with some comminution, varus heel and shortening of the tuber. A non weight-bearing short leg cast was applied with a plan to convert to CAM walker in about 2 weeks.. Dr. Smith discussion with Mrs. Hunter included the fact that due to the period of time that had elapsed, surgical intervention could be more difficult. Dr. Smith described attempted open reduction of the fracture with internal fixation and if that were not possible, then application of a Delta frame to try and restore alignment. Based on this discussion, Mrs Hunter chose non-surgical care. Dr. Smith informed Mrs. Hunter that she will most definitely have post-traumatic arthritis develop and possibly need a subtalar joint fusion in the future.

Mrs. Hunter returned to see Dr. Smith on 06/22/2016. Left foot x-rays were performed and a comminuted fracture with some depression of the subtalar joint and minimum varus of the tuber noted. A CAM walker was dispensed and patient was to remain non-weightbearing for an additional week and then progress to partial weightbearing. The patient was to return in 2 weeks.

Mrs. Hunter was next seen on 07/06/2016 and additional x-rays noted some depression of the subtalar joint, minimal varus of the tuber and some consolidation of the fracture. The plan at that time was to remain NWB for one additional week then full weightbearing for 2 weeks. Following that, there would be transition to regular supportive shoe gear.

Michael J. Foley, Esq.
RE: Margaret Hunter
Page 3

Mrs. Hunter was next seen on 08/03/2016. She noted that she had been full weightbearing in the CAM and started transitioning to regular shoe gear. Using a crutch, she is able to tolerate 3 hours in a sneaker before needing the CAM walker. Dr. Smith noted she was consolidating well, dispensed a compressive sleeve and instructed patient to work her way up slowly to weightbearing a full day in sneakers. Dr. Smith had a discussion concerning the inability to return to work in the same capacity as before. Discussed the benefit of orthotic devices with the option being OTC vs. custom made.
On 08/25/2016, Mrs. Hunter saw George Stover, DC for assessment and treatment of Right hip pain together with difficulty sleeping .

Mrs. Hunter returned to Dr. Smith on 09/30/2016. She reported that her pain level decreased and has been full weightbearing in regular sneakers. The patient was having pain in the lateral ankle and heel area and also the top of the foot. Patient stated she was not walking normally. Dr. Smith advised continued weightbearing in sneakers, formal physical therapy for gait training and dispensed orthoses.

Mrs. Hunter was initially evaluated by Southern Tier Physical Therapy on 10/05/2016 and received 17 therapy sessions for gait training.

Mrs. Hunter returned to Dr. Smith on 10/28/2016 and reported she was walking more normally. Her pain was now concentrated in the ball of the foot. A diagnosis of metatarsalgia was made and an off-loading pad was applied. A prescription for physical therapy, 2x/week was given.

Mrs Hunter was next seen by Dr. Smith on 12/09/2016 and reported that she was getting better every day. Pain still concentrated to ball of foot and at patients request, physical therapy was continued. Currently able to stand and walk 4 hours/day. She is to return to work in April and has set a goal to return to work full time.

Mrs. Hunter returned to Dr. Smith on 04/14/2017 stating she was having a hard time with her orthoses. She had pain in the lateral heel, worse in the morning and after walking for long periods. She was given 2 injections, one in the heel and one in the sinus tarsi. A new diagnosis of plantar fascial fibromatosis was made. Still spending about 4 hours/day standing and walking. She is looking for another job since her original company is out of business.

Mrs. Hunter returned on 04/28/2017 and reported pain with increasing activity. The pain was concentrated to the plantar heel, was worse in the AM and after walking. Dr. Smith injected the left plantar fascia.

Mrs. Hunter returned to Dr. Smith on 05/12/2017 and complained of increased pain to the left heel and rearfoot of 5 days duration. There was pain on palpation of the medial tubercle of the heel and with side to side compression. X-rays noted complete consolidation of the heel fracture with residual depression of the subtalar joint. She was advised to return to her CAM walker, initiate RICE therapy and an Rx. for diclofenac gel to be applied tid.

Mrs. Hunter saw Brett Mullen, DC on 06/02/2017 for a complaint of low back pain of 2 days duration which radiated down the back of her left leg. She had a second appointment with Dr. Mullen on 01/23/2018 stating she had been limping on her left leg which causes her low back to become sore and achy. She reports that the pain has increased since last visit and that walking more than 50 yards is difficult.

Mrs. Hunter returned to Dr. Smith on 04/18/2018 still complaining of pain and difficulty walking long distances. She was given an Rx. for an AFO from Moss Rehabilitation Center and stated she felt more stable with it. Dr. Smith noted mild non-pitting edema to the left foot and ankle. She had pain on palpation to the lateral calcaneus, sinus tarsi and medial calcaneal tubercle. She was still only available to stand and walk for 4 hours.

Michael J. Foley, Esq.
RE: Margaret Hunter
Page 4

Mrs. Hunter returned to Dr. Smith on 05/06/2018 with a Ritchie Brace and had already noted an improvement in pain and stability.

Mrs. Hunter saw Dr. Smith on 08/15/2018 and noted that since wearing the Ritchie Brace for 3 months, she has noticed an improvement in stability but pain appears to be getting worse. There was mild pain on the lateral heel and severe pain in the sinus tarsi. She received an injection to the left subtalar joint of a local anesthetic and cortisone.

After reviewing the above mentioned medical records, the following opinions are based on a reasonable degree of medical certainty.

Margaret Hunter was injured at work by a vertical fall from a ladder on 05/16/2016. She was seen on the same day at Pocono Medical Center by Peter Obeng, MD. She described falling 7-8 feet after the base of her ladder gave out, landing mostly on her feet but also twisting her left ankle. X-rays of the left ankle were taken on that day and read as negative for fracture by Richard P. Kennedy, MD. As a result, Mrs. Hunter was diagnosed with and treated for an ankle sprain. A review of those x-rays clearly demonstrates a joint depression calcaneal fracture. As a result of this misdiagnosis, Mrs. Hunter was not afforded the aggressive treatment necessary to prepare her for surgical reduction of her fracture. A CT scan should have been ordered which is necessary to accurately classify the deformity and determine prognosis. A CT scan is the standard of care in this type of injury in order to determine the Sanders Classification and determine the amount of comminution and shortening. The CT Sanders Classification has been validated and determines the extent and prognosis of this fracture. Additionally, the patient was given an Ace Bandage for swelling. A patient with this type of fracture requires an attempt at closed reduction, splinting, referral to a foot and ankle surgeon or trauma surgeon and aggressive edema reduction techniques. These techniques involve the use of a compression dressing, stable immobilization and a referral to physical therapy for manual and/or pneumatic pump compression therapy. Additionally, the patient was not instructed to elevate the extremity above heart level. All of these maneuvers are necessary to reduce swelling and restore normal "skin lines" so that surgical intervention can proceed within a 7-14 day period. The patient was even released to sedentary work, requiring her to drive a total of 4 hours with her extremity in a dependent position, complicating her swelling. Mrs. Hunter was not afforded any of this treatment because of the misdiagnosis by Dr.'s Obeng and Kennedy.

Even after the correct diagnosis was made on May 31, 2015, Mrs. Hunter was not immediately referred to an Orthopedist or Podiatrist for appropriate treatment. Surgical intervention with restoration of the anatomy and bone plate fixation is the standard of care for this type of injury. In order to minimize bone and soft tissue complications, this surgery should be performed within a 7-14 day period. Delaying the surgery longer is problematic and increases the likelihood of complications and a suboptimal result. This is particularly disappointing since a CT scan eventually performed at Wilson Hospital in Binghamton, NY. Showed a Sanders Type 2 fracture. A Sanders Type 2 fracture has the best prognosis of all the calcaneal fracture patterns and if treated appropriately within a 7-14 day period, has the best chance for an optimum result. That same CT scan showed an 8mm gap on the sagittal view indicating the need for prompt intervention.

Mrs. Hunter is currently being treated for numerous complaints relative to her left foot including plantar fasciitis, sinus tarsitis and metatarsalgia. She is only able to stand and walk for a maximum of 4 hours. These symptoms are due to the inappropriate treatment provided her. At this point, she is more than 2 years post injury and I do not anticipate that her symptoms and gait pattern will improve. She will soon develop post traumatic, degenerative arthritis of the subtalar joint which will require distraction arthrodesis of the subtalar joint with bone graft. Mrs. Hunter will not be able to return to her previous employment and will be relegated to sedentary employment.

Michael J. Foley, Esq.
RE: Margaret Hunter
Page 5

In summary, Mrs. Hunter did not receive standard of care treatment for her calcaneal fracture due to the misdiagnosis and improper treatment provided by Dr.'s Obeng and Kennedy. As a result, she will continue to have symptoms in her left foot and require periodic treatment including surgical fusion of her left subtalar joint. These problems could have been eliminated or minimized if the left foot calcaneal fracture had been diagnosed properly and treatment comported with the standard of care.

I reserve the right to supplement this report following the review of any additional information, medical records, expert reports or deposition transcripts.

Sincerely,

*[signature]*

Electronically signed by agent of provider: Marcia Shoemaker


Guido A. LaPorta, DPM, MS, FACFAS, FACFOAM, DABFAS

Director, Podiatric Medical Education
  Geisinger-Community Medical Center (Scranton, PA)
  Our Lady of Lourdes Memorial Hospital (Binghamton, NY)
Visiting Professor of Surgery,
  Temple University School of Podiatric Medicine
  New York College of Podiatric Medicine
Professor of Surgery, Geisinger Commonwealth School of Medicine
President, Pennsylvania Foot and Ankle Society
Past President, American Board of Foot and Ankle Surgery