**EDUCATION/TRAINING/EXPERIENCE SUMMARY**
**DOUGLAS W. GIBSON, M.D.**
80 Jackson Cove Road
Oxford, Connecticut 06478
Phone: (203) 888-7628
Cell (203) 577-9931

### EDUCATION:

**Undergraduate:** Wagner College, Staten Island, New York;
BS Biology/Chemistry, Cum Laude, 09/1962 - 06/1966

**Graduate:** Adelphi University, Garden City, New York
Master's Program in Biology/Chemistry, 09/1966 - 05/1967

**Medical:** George Washington University School of Medicine,
Washington, D.C., Degree 09/1967 – 05/1971

### POST GRADUATE TRAINING:

**PGY-1:** Nassau County Medical Center, East Meadow, New York
Completed a rotating internship 07/1971- 06/1972

**Residency:** Hospital of St. Raphael, New Haven, CT.
Resident in Diagnostic Radiology, 06/1975 – 06/1977
Chief resident, 07/1977 – 06/1978

**Fellowship:** Hospital of St. Raphael, New Haven, CT.
Completed a fellowship in Body Imaging, Ultrasound and Nuclear Medicine, 7/1978 – 6/1979.

### EXPERIENCE and EMPLOYMENT:

### PRESENT:

**9/24/2010 – present**
Assistant Professor/Clinical in Diagnostic Imaging
University of Connecticut Health Center
263 Farmington Avenue
Farmington, Connecticut 06034
Full time

**PAST:**
**10/2005- 9/1/2010**
Team Health

Day Kimball Hospital
Putnam, Connecticut
Full time: October 2005-September 2010
Staff Radiologist

**4/1981 – 9/2005**
Connecticut Radiology Associates, P.C.
Derby, Connecticut
Department of Radiology,
Griffin Hospital
Derby, Connecticut 06418
Staff Radiologist

**7/1979 – 4/1981**
Bradley Memorial Hospital, Southington, Connecticut
Staff Radiologist.


**CURRENT CERTIFICATION:**
**American Board of Radiology** with special competency in Nuclear Medicine in 1979 and 1981.
**CURRENT STATE MEDICAL LICENSURE:**
**CURRENT:** Connecticut & New York
**INACTIVE:** Virginia


**CURRENT ORGANIZATIONS AND POSITIONS:**

**New Haven County Medical Society:** Member (1981-present) and Board of Governors (1990-2004); President elect (2003-2004); Physician's Health Committee (2001-2008). Delegate to CSMS 2009- present, Legislature Committee, Connecticut State Medical Society (2000 – present).

**Connecticut State Medical Society,** Member on Legislative Committee (1981-2006); Physicians Health Program (2002-2008); Medical Director, Physicians Health Program, Connecticut State Medical Society (January 2005-2007); Medical Director HAVEN (June 2007- December 2008); Opioid Reduction Task Force (February 2016 – present); Presenter CSMS Opioid Prescribing course 2010-present.

**Connecticut State Medical Society sponsored C.M.E lectures:** medical/resident staff and medical/dental students at various hospitals including Yale and University of Connecticut, including annual orientation lecture for house staff and medical and dental students. Lectures on physician health, impairments and physician disruption and have personally given with over 100 lectures in the last 10 years, many in Grand Rounds format.

**American Medical Association:** 1971 to present.

**American College of Radiology:** 1980 to present

**Connecticut Radiological Society:** 1980 to present

**Society of Nuclear Medicine**

**American Society of Addictive Medicine:** President, Connecticut Chapter: October 2010- June 2014. Member and on the Opioid Task Force for the state.

**Academic Consultant:** The Graduate Institute, Bethany, Connecticut, Masters Program in Consultant; Integrative Medicine and Holistic Medicine Masters Programs (2000-present; Consultant for the developing a masters program in Addiction Education(2008-present 2000-present.

## PAST POSITIONS:

**Board of Directors:** Federation of Physician Health Programs 2008- 2009.

**Consultant CSMS:** Development of Connecticut Medical State Society education programs centered on physician health, disruption, medical staff bylaws, and ethical issues;

## PRESENT POSITIONS:
Acting Clinical Director, Radiology UCHC
Chairman Quality Assurance Committee radiology UCHC.
Cochairmen CSMS Addiction Committee.
CSMS Legislative Committee, member.
CSMS Ethics Committee.
CSMS Opioid Task Force.
UCHC, Cancer Committee.

**Teaching Positions:** University of Connecticut Health Center; Graduate Medical Education Committee; Griffin Hospital, Yale Teaching Affiliate (house staff & medical students); Graduate Medical Education Council, Yale-Griffin Hospital; CSMS/ Physician Health Program.

**U.C.H.C.: Diagnostic Imaging Attending Teaching Award** (voted on by the radiology resident and fellows) academic year 2013-2014.
John Dempsey Hospital **Annual Medical Staff Award of Excellence** November 9, 2016.

## PERSONAL DATA:

**BIRTH:** November 12, 1943, Queens, New York
**MARITAL STATUS:** Married
**CHILDREN:** Four
**CITIZENSHIP:** USA
**HOBBIES:** Fitness, volunteering, antique clock repair, & gardening.

**MILITARY EXPERIENCE:** United States Navy;
                         Inactive Duty (9/1970- 6/1972)

                         Active Duty   (7/72 - 6/75)

                         **Internal Medicine Clinics** (3 years)
                         **Portsmouth Naval Hospital**

Naval Operational Base
Boone Medical Clinic (internal medicine)

**OTHER MEDICAL EXPERIENCE:**

Practiced Emergency/Primary Care at multiple hospitals in Virginia, North Carolina, South Carolina, Connecticut, 1972-1985;

**There have been no gaps in training or employment.**

Douglas W. Gibson, M.D.   Date:  1/1/2018