**DOUGLAS WILLIAM GIBSON, M.D.**
80 JACKSON COVE
OXFORD, CONNECTICUT 06478
TELEPHONE 203 888-7628
FAX 203 888-4517

December 31, 2017

Attorney Thomas Foley

Foley Law Firm

538 Spruce Street, Suite 200

Scranton, Pennsylvania

   RE:  Margaret Hunter V. Pocono Medical Center and Richard P. Kennedy, M.D.

Dear Attorney Foley:

I previously reviewed the 3 view ankle series performed on Mrs. Margaret Hunter on May 16, 2016 and May 31, 2016.  I also reviewed the CT scan of the left foot performed on June 2, 2016.

As you may recall, my routine for reviewing studies is that I review the studies without any history or medical records.  I review them in chronological order and formulate my opinion after each study and record these opinions in a power point presentation.  The powerpoint serves two functions, one to record my findings after each study and secondly, to facilitate discussion with the attorney.  Only after my discussion with the attorney will I review the medical records and reports.  I do these reviews in this fashion in order to remove as much bias as I can and to be fair to the original interpreting radiologist.

I followed this protocol in reviewing Mrs. Margaret Hunter's radiology studies.

I subsequently read the deposition of Dr. Richard Kennedy, the radiologist who reviewed and rendered his interpretation of the studies of both May 16 and May 31 2016.

My blind review of the initial study of May 16, 2016 clearly demonstrates a severely comminuted, impacted, displaced fracture of the calcaneus, well seen on two of the three views (see accompanying illustrations).

In his deposition when asked the question (pg. 43):

  **Q. Was there any reason on May 16 why you could not have identified a fracture on these x-ray May 16?**

  **A. I didn't see it.**

Dr. Kennedy did not appreciate the fracture at the time of his initial interpretation but clearly identified the fracture when he interpreted the follow up study of May 31, 2016 and in doing so, reviewed the initial study of May 16, 2016 (pg. 54).

Dr. Kennedy identifies and marks on exhibit 5A what he describes as a "lucency" which he later defines as one of the components of this complex fracture (pgs. 31 and 39).

Dr. Kennedy described the major components of the calcaneal fracture on the study of 5/31/16 in his report stating there is "a lucent line in the os calcis, which indicates a fracture. There is a separate sclerotic line posteriorly located perpendicular to the lucent line. This represents an impacted fracture." In fact Dr. Kennedy did not appreciate any difference between the studies of 5/16 AND 5/31 as evidenced in his response to the following question posed by Attorney Foley (pg.58 :)

**Q. Doctor – doctor, you're indicating that you did not see any difference between the May 16 and the May 31 film: is that correct?**

**A. Correct.**

Dr. Kennedy states that one of the reasons he missed the fracture is that the study requested was an ankle series, and the only history provided was "W/C injury to left ankle". He was unaware that W/C meant Workmen's Compensation (pg. 21) and that he missed the hind foot fracture because he "was concentrating on the ankle" (pg. 58).

Dr. Kennedy clearly is aware that the standard of care requires radiologists to review images in their entirety, acknowledging the long-held standard that one is responsible for everything within the four corners of an image regardless of the part of the anatomy one is concentrating on and regardless of the history or reason/indication for the study.  Dr. Kennedy not only acknowledges but states that a review of the **entire image** in combination with appropriate comparison with older studies has been the custom and convention that he has followed in his years of practicing radiology.  This is expressed in his response to a question posed by Attorney Foley (pg. 58)

**Q.  Doctor, on May 31, did you have a duty to review the – the entire set of films both on the 16 and 31?**

**A.  That is conventional, what I've always done my entire life, yes, look at the old films.**

**Q.  And why do you have that duty, doctor?**

**A.  Well, that's part of my training. That's – that's what one does. That's what a radiologist does, review the old films.**

Dr. Kennedy reviewed the follow up radiographs of May 31, 2016 and appropriately called Dr. Peter Oberg, the provider taking care of Mrs. Hunter.  At the time of that interpretation and conversation with Dr. Peter Oberg, there was no recommendation that a CT scan of the calcaneus should be performed.  In the situation where a patient has a complex calcaneal fracture it is a necessity and the usual standard and custom to better define the extent of the fracture on a CT scan for the extent of this type of calcaneal fracture cannot be properly defined by plain images alone.  This is particularly true in the type of complex calcaneal fracture sustained by Mrs. Hunter.

Dr. Kennedy responded to the query of whether he recommended a CT scan is recorded on page 59 of his deposition.

**Q. Did you recommend a CAT scan?**

**A. I do not remember whether I recommended anything, but that's not my usual and customary thing to do. A CAT scan is tremendously expensive –**

Dr. Kennedy should have recommended a CT scan in light of the nature of the complex fracture either in his official report or verbally in his discussions with Dr. Oberg. If a recommendation for a CT scan was given verbally, it should have been added as an addendum to the official report of May 31, 2016.

As a radiologist, Dr. Kennedy should be aware that the findings on the CT scan be dictate treatment whether surgical or non-surgical. The expense of a CT scan is far less in terms of medical disability and patient morbidity from an improper treatment of a complex calcaneal fracture.

These opinions are based upon my review of the images, upon my education and training in the field of radiology, on y experience as a practicing radiologist with over 30 years of clinical practice and my experience as a radiology educator.

I hold these opinions to a reasonable degree of medical certainty and I reserve the right to amend this report if additional discovery is provided.


Very truly yours,

Douglas Gibson MD

Douglas W. Gibson, M.D.

**EDUCATION/TRAINING/EXPERIENCE SUMMARY**
**DOUGLAS W. GIBSON, M.D.**
80 Jackson Cove Road
Oxford, Connecticut 06478
Phone: (203) 888-7628
**Cell (203) 577-9931**

**EDUCATION:**

**Undergraduate**: Wagner College, Staten Island, New York;
BS Biology/Chemistry, Cum Laude, 09/1962 - 06/1966

**Graduate:** Adelphi University, Garden City, New York
Master's Program in Biology/Chemistry, 09/1966 - 05/1967

**Medical:** George Washington University School of Medicine,
Washington, D.C., Degree 09/1967 – 05/1971

**POST GRADUATE TRAINING:**

**PGY-1:** Nassau County Medical Center, East Meadow, New York
Completed a rotating internship 07/1971- 06/1972

**Residency**: Hospital of St. Raphael, New Haven, CT.
Resident in Diagnostic Radiology, 06/1975 – 06/1977
Chief resident, 07/1977 – 06/1978

**Fellowship:**  Hospital of St. Raphael, New Haven, CT.
Completed a fellowship in Body Imaging, Ultrasound and Nuclear Medicine, 7/1978 – 6/1979.

**EXPERIENCE and EMPLOYMENT**:

**PRESENT:**

**9/24/2010 – present**
Assistant Professor/Clinical in Diagnostic Imaging
University of Connecticut Health Center
263 Farmington Avenue
Farmington, Connecticut 06034
Full time

**PAST:**
**10/2005- 9/1/2010**
Team Health

Day Kimball Hospital
Putnam, Connecticut
Full time: October 2005-September 2010
Staff Radiologist

**4/1981 – 9/2005**
**Connecticut Radiology Associates, P.C.**
Derby, Connecticut
Department of Radiology,
Griffin Hospital
Derby, Connecticut 06418
Staff Radiologist

**7/1979 – 4/1981**
Bradley Memorial Hospital, Southington, Connecticut
Staff Radiologist.

**CURRENT CERTIFICATION:**
**American Board of Radiology** with special competency in Nuclear Medicine in 1979 and 1981.
**CURRENT STATE MEDICAL LICENSURE:**
**CURRENT:** Connecticut & New York
**INACTIVE:** Virginia

**CURRENT ORGANIZATIONS AND POSITIONS:**

**New Haven County Medical Society:** Member (1981-present) and Board of Governors (1990-2004); President elect (2003-2004); Physician's Health Committee (2001-2008). Delegate to CSMS 2009- present, Legislature Committee, Connecticut State Medical Society (2000 – present).

**Connecticut State Medical Society,** Member on Legislative Committee (1981-2006); Physicians Health Program (2002-2008); Medical Director, Physicians Health Program, Connecticut State Medical Society (January 2005-2007); Medical Director HAVEN (June 2007- December 2008); Opioid Reduction Task Force (February 2016 – present); Presenter CSMS Opioid Prescribing course 2010-present.

**Connecticut State Medical Society sponsored C.M.E lectures:** medical/resident staff and medical/dental students at various hospitals including Yale and University of Connecticut, including annual orientation lecture for house staff and medical and dental students. Lectures on physician health, impairments and physician disruption and have personally given with over 100 lectures in the last 10 years, many in Grand Rounds format.

**American Medical Association:** 1971 to present.

**American College of Radiology:** 1980 to present

**Connecticut Radiological Society:** 1980 to present

**Society of Nuclear Medicine**

**American Society of Addictive Medicine:** President, Connecticut Chapter: October 2010- June 2014. Member and on the Opioid Task Force for the state.

**Academic Consultant:** The Graduate Institute, Bethany, Connecticut, Masters Program in Consultant; Integrative Medicine and Holistic Medicine Masters Programs (2000-present; Consultant for the developing a masters program in  Addiction Education(2008-present 2000-present.

**PAST POSITIONS:**

**Board of Directors:** Federation of Physician Health Programs 2008- 2009.

**Consultant CSMS:** Development of Connecticut Medical State Society education programs centered on physician health, disruption, medical staff bylaws, and ethical issues;

**PRESENT POSITIONS:**
Acting Clinical Director, Radiology UCHC
Chairman  Quality Assurance Committee radiology UCHC.
Cochairmen CSMS Addiction Committee.
CSMS Legislative Committee, member.
CSMS Ethics Committee.
CSMS Opioid Task Force.
UCHC, Cancer Committee.

**Teaching Positions:** University of Connecticut Health Center; Graduate Medical Education Committee; Griffin Hospital, Yale Teaching Affiliate (house staff & medical students); Graduate Medical Education Council, Yale-Griffin Hospital; CSMS/ Physician Health Program.

**U.C.H.C.:  Diagnostic Imaging Attending Teaching Award** (voted on by the radiology resident and fellows) academic year 2013-2014.
John Dempsey Hospital **Annual Medical Staff Award of Excellence** November 9, 2016.

**PERSONAL DATA:**

**BIRTH:** November 12, 1943, Queens, New York
**MARITAL STATUS:** Married
**CHILDREN:** Four
**CITIZENSHIP:** USA
**HOBBIES:**  Fitness, volunteering, antique clock repair, & gardening.

**MILITARY EXPERIENCE:** United States Navy;
                             Inactive Duty (9/1970- 6/1972)

                             Active Duty   (7/72 - 6/75)

                      **Internal Medicine Clinics** (3 years)
                      **Portsmouth Naval Hospital**

**Naval Operational Base**
**Boone Medical Clinic** (internal medicine)

**OTHER MEDICAL EXPERIENCE:**

Practiced Emergency/Primary Care at multiple hospitals in Virginia,
North Carolina, South Carolina, Connecticut, 1972-1985;

## There have been no gaps in training or employment.

### Douglas W. Gibson, M.D.   Date:  1/1/2018

# Margaret Hunter

To accompany opinion letter

# 3 view series LEFT ankle 5/16/16



Hunter,Margaret
ID: 69-64-33
* 8/19/1964, F
5/16/2016
1:04:48 PM
1 IMA

R

PHS
Ref.: Obeng,Peter,K
CLASSIC CR



**AP**

Hunter,Margaret
ID: 69-64-33
* 8/19/1964, F
5/16/2016
1:07:03 PM
1 IMA

RA

PHS
Ref.: Obeng,Peter,K
CLASSIC CR



**INTERNAL OBLIQUE**

4

Hunter,Margaret
ID: 69-64-33
* 8/19/1964, F
5/16/2016
1:08:11 PM
1 IMA

P

PHS
Ref.: Obeng,Peter,K
CLASSIC CR



LATERAL ( not a true later, slightly obliqued)



**Coned down lateral**

inverted image



Red arrows = impacted component of the fracture. Green = distracted component

Hunter,Margaret
ID: 69-64-33
* 8/19/1964, F
5/16/2016
1:07:03 PM
1 IMA

RA

PHS
Ref.: Obeng,Peter,K
CLASSIC CR

10cm

W: 4096
C: 2048





**Coned down internal oblique.**

Inverted image



Red arrows = impacted component of the fracture. Green = distracted component

# SUMMARY

- Severely comminuted, impacted, displaced fracture of the calcaneus, obvious on 2 views.

- Would recommend CT imaging for pre operative management.