# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARGARET T. HUNTER, and JOHN P. HUNTER, wife & husband, | Civil No. 3:17-CV-00007 |
| Plaintiffs, | |
| v. | |
| RICHARD P. KENNEDY, M.D., *et al.*, | |
| Defendants. | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 14th day of July, 2020, upon consideration of the motions in limine filed by Defendants Pocono Medical Center, Peter Obeng, M.D., Family Care Center, Inc., t/d/b/a PMC Physician Associates and PMC Immediate Care Center ("PMC Defendants"), **IT IS ORDERED** as follows:

1) Defendant Robert Kennedy M.D. and Monroe Radiology Imaging, P.C.'s, motions to join in the PMC Defendants' motions in limine, Docs. 179, 180, are **GRANTED**;

2) The PMC Defendants' motion in limine to preclude the testimony of Carl Hasselman, M.D., Doc. 141, is **DENIED**;

3) The PMC Defendants' motion in limine to preclude the testimony of Paul Medrek, M.D., Doc. 142, is **DENIED**;

4) The PMC Defendants' motion in limine to preclude the testimony of Guido A. LaPorta, DPM, Doc. 144, is **DENIED**; and

5) The PMC Defendants' motion to preclude "cumulative opinions" of the Plaintiffs' experts, Doc. 145, is **DENIED**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
