# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARGARET T. HUNTER, and <br> JOHN P. HUNTER, wife & husband, <br> <br> Plaintiffs, <br> <br> v. <br> <br> RICHARD P. KENNEDY, M.D., *et al.*, <br> <br> Defendants. | : Civil No. 3:17-CV-00007 <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 14th day of July, 2020, upon consideration of the motions in limine filed by Defendants Richard P. Kennedy, M.D. and Monroe Radiology Imaging, P.C.'s ("MRI Defendants"), **IT IS ORDERED** as follows:

1) The motion to limit admissibility of the Plaintiffs' medical expenses, Doc. 130, is **DENIED**;

2) The motion to require parties to exchange demonstrative evidence, Doc. 132, is **DENIED**;

3) The motion to limit the scope of the Plaintiffs' expert testimony, Doc. 134, is **DENIED**;

4) The motion to preclude cumulative opinions of Plaintiffs' experts, Doc. 136, is **DENIED**;

5) The motions filed by Defendants Pocono Medical Center, Peter Obeng, M.D., Family Care Center, Inc. t/d/b/a PMC Physician Associates, and PMC

Immediate Care Center to join in these motions in limine, Docs. 161, 162, 163, & 164, are **GRANTED**.

                                          s/Jennifer P. Wilson
                                          JENNIFER P. WILSON
                                          United States District Court Judge
                                          Middle District of Pennsylvania