
UPMC LIFE CHANGING MEDICINE

**Three Rivers Orthopedic Associates-UPMC**

Spiro N. Papas, MD
Jeffrey A. Baum, MD
Edward J. McClain III, MD
Vincent J. Silvaggio, MD
Carl T. Hasselman, MD
Patrick N. Smith, MD
Michael B. Gaffney, MD
Fred P. Heidenreich Jr, MD
Alex J. Kline, MD
Franklin H. Chou, MD

200 Delafield Road
Suite 1040
Pittsburgh, PA 15215
T 412-782-3990
F 412-782-3993

Heights Shopping Plaza
1624 Pacific Avenue, Suite A
Natrona Heights, PA 15065
T 724-226-1199
F 724-226-1479

UPMC Outpatient Center
UPMC Passavant Spine Center
12680 Perry Highway, 2nd Fl.
Wexford, PA 15090
T 412-782-3990
F 412-782-3993

January 16, 2018

Mr. Thomas J. Foley, Jr.
Foley Law Firm
538 Spruce Street, Suite 200
P.O. Box 1108
Scranton, PA 18501-1108

RE:     Margaret Hunter
DOB:    8-19-1954

Dear Mr. Foley:

I submit to you this narrative report regarding the care and treatment provided to Ms. Margaret Hunter regarding injury to her left ankle in 2016.

In preparation for this narrative report, I have been able to review the following:

- Pocono Medical Center records from May 16, 2016 to May 31, 2016;
- Pocono Medical Center radiology films from May 16, 2016 and May 31, 2016;
- The Wilson Memorial Regional Medical Center Emergency Room records of June 2, 2016;
- Medical records of Dr. Kelly Smith from June 8, 2016 to April 28, 2017;
- I also have the radiology imaging on disc from the Pocono Medical Center, the Wilson Memorial Medical Center and Dr. Kelly Smith.
- I also have reviewed the expert opinion of Dr. Paul Medrek dated May 22, 2017;
- The depositions of Dr. Richard P. Kennedy, M.D. dated September 7, 2017;
- The video deposition transcript of Margaret T. Hunter dated October 23, 2017; and,
- The video deposition of Dr. Pete Obeng on September 7, 2017.

My understanding from reviewing all of the records, is that on May 16, 2016, Ms. Margaret Hunter presented to Dr. Obeng with a complaint of left ankle pain and an inability to weight bear after a fall. She was working at her job site when she fell off of a ladder that gave out on her causing her to fall. She landed on her feet and had severe pain and an inability to ambulate.

Page 2
January 16, 2018
RE: Margaret Hunter

Dr. Obeng performed a physical examination and ordered x-rays of the ankle. He diagnosed Ms. Hunter with a sprain.

Dr. Kennedy had reviewed the x-rays and failed to make the diagnosis of a calcaneus fracture on the x-rays.

On her second visit on May 20, 2016, Dr. Obeng told her to do exercises, weight bear and use crutches for comfort.

She continued to have severe pain with weightbearing and ambulation; however, she did as instructed by Dr. Obeng.

Ms. Hunter subsequently had repeat x-rays on May 31, 2016 and she was diagnosed with a calcaneus fracture.

She subsequently went to Wilson Memorial Regional Medical Center on June 2, 2016. She underwent a CT scan of her left ankle/foot region which showed a comminuted Sanders type 2-A calcaneus fracture.

She was initially seen by a podiatrist, Dr. Schow on June 2, 2016. He put her on crutches and had her follow up with a second podiatrist, Dr. Kelly Smith on June 8, 2016.

At this point, Ms. Margaret Hunter was almost three weeks out from her injury and due to the length of time from injury to potential treatment, Dr. Smith felt surgery would be more difficult due to the length of time between injury and surgical intervention. Ms. Hunter elected not to undergo surgery and she was subsequently treated nonweightbearing.

Her fracture subsequently went on to heal. It is my opinion that she will eventually require fusion of the subtalar joint.

Having reviewed the medical records, radiographic images and depositions to date regarding the care and treatment of Ms. Margaret Hunter, it is my opinion within a reasonable degree of medical certainty, that the *"standard of care"* was not met in the care and treatment of her calcaneus fracture on the left foot.

Dr. Kennedy had clearly failed to make the appropriate diagnosis of a calcaneus fracture which is clearly evident on the x-ray. Dr. Obeng had failed to meet the *"standard of care"* by treating Ms. Margaret Hunter for an ankle sprain for an extending period of time and continued to do so until her second x-ray of May 31, 2016 when the x-ray was appropriately read as a calcaneus fracture. Dr. Obeng had failed to treat the calcaneus fracture. Her delay in treatment caused the loss of a "window of opportunity" for surgical fixation which likely compromised the overall outcome of a surgical fixation.

Page 3
January 16, 2018
RE: Margaret Hunter

Surgical reduction and fixation of a Sanders type 2 calcaneal fracture can markedly reduce the chances of posttraumatic arthritis. The loss of this opportunity to reduce and fix the fracture has resulted in eventual posttraumatic arthritis.

Because of this, Ms. Hunter chose the nonsurgical route. Her healed position was in a slight varus position and eventually will require surgical fusion.

The delay in diagnosis did compromise the overall optimal treatment which would have been surgical fixation of her fracture. Furthermore, it is likely that allowing her to put further weight on the fracture fragments allowed further displacement of the fracture and further malalignment. This would increase her risk for early degenerative posttraumatic arthritis.

I state all of the above within a reasonable degree of medical certainty. If you have any other questions, please feel free to contact me.

Sincerely,

Carl T. Hasselman, M.D.

CTH/kmc



**Three Rivers Orthopedic Associates-UPMC**

Spiro N. Papas, MD
Jeffrey A. Baum, MD
Edward J. McClain III, MD
Vincent J. Silvaggio, MD
Carl T. Hasselman, MD
Patrick N. Smith, MD
Michael B. Gaffney, MD
Fred P. Heidenreich Jr, MD
Alex J. Kline, MD
Franklin H. Chou, MD

200 Delafield Road
Suite 1040
Pittsburgh, PA 15215
T 412-782-3990
F 412-782-3993

Heights Shopping Plaza
1624 Pacific Avenue, Suite A
Natrona Heights, PA 15065
T 724-226-1199
F 724-226-1479

November 20, 2018

Mr. Thomas J. Foley, Jr.
Foley Law Firm
538 Spruce Street
P.O. Box 1108
Scranton, PA 18501-1108

RE:  Margaret Hunter

Dear Mr. Foley:

Assuming that surgery was performed in a timely fashion, she would be off work from the day of the fracture and for 3 months after the surgery. She would be non-weight bearing on that leg with strict elevation from the day of the fracture and for 2 months after the surgery. At two months after the surgery I would allow her to full weight bear and begin Physical Therapy. My usual patient would be allowed to return to work in a light duty fashion then for 2 months and then resume medium to heavy manual labor. That is the usual course for a calcaneal fracture.

Sincerely,

Carl Hasselman, MD

Affiliated with the University of Pittsburgh School of Medicine

| | |
|---|---|
| **From:** | Cwynar, Karen |
| **To:** | Thomas J. Foley |
| **Subject:** | RE: Margaret Hunter v Kennedy and Obeng |
| **Date:** | Thursday, May 23, 2019 7:27:41 AM |

Margaret Hunter will require a subtalar fusion of the left hindfoot as a result of her post traumatic arthritis.  The cost for such surgery in Pittsburgh would be approximately $70,000.00 (hospital and surgeon).  She would be non weightbearing for two months and require assisted devices and post operative health care that would add an additional $10,000.00.  That is a reasonable estimate cost for all health care associated with that surgery.
Carl Hasselman

**From:** Thomas J. Foley <tjf@foleylawfirm.com>
**Sent:** Wednesday, May 22, 2019 3:57 PM
**To:** Cwynar, Karen <cwynkx@upmc.edu>
**Subject:** Margaret Hunter v Kennedy and Obeng

Karen,

I am writing to ask Dr Hasselman if he would send me an short E-Mail letter setting forth the estimated surgical and hospital fees for the contemplated surgical fusion of  Margaret Hunter's left foot when her posttraumatic arthritis reachs that point.  We have our filings due for the pre-trial meeting  with the trial Judge on June 3rd.

Many thanks.

Tom

Thomas J. Foley, Jr., Esquire
Foley Law Firm
538 Spruce Street, Suite 200 - P.O. Box 1108
Scranton, PA  18501-1108
Phone: 570-342-8194 (VM Box # 522)
Fax: 570-342-4658
Email: TJF@FoleyLawFirm.com