# Verzilli Consulting Group, Inc.
# Consulting Economists

Office Address:
411 North Broad Street
Lansdale, PA 19446

(215) 368-7797
Fax: (215) 368-9006

April 19, 2018

Thomas J. Foley, Jr., Esquire
Foley Lane Firm
538 Spruce Street
Suite 200
Scranton, PA 18503

Re:    Margaret Hunter

Dear Mr. Foley:

The following is our analysis of the present values of the loss in earning capacity relative to Margaret Hunter. Ms. Hunter suffered injuries as a result of the delay in the diagnosis and treatment of an ankle injury after a work-related accident on May 16, 2016.

The estimates are presented based on MCARE damage guidelines.

**Background**

Margaret Hunter was born on August 19, 1964. She is presently 53.73 years of age, with an average statistical life expectancy of an additional 30.6 years (Life Tables, 2013).

At the time Ms. Hunter suffered the injuries, she was employed with FAHS Construction Group as a Laborer/Equipment Operator/Concrete Field Tester. Ms. Hunter's earnings in the last 4 full-years she worked averaged $46,018 annually.

Ms. Hunter had been employed in this capacity since 1993. In addition, Ms. Hunter attended high school (but did not graduated).

Terence Walsh, BA, MSW, in a vocational report dated March 27, 2018 stated that due to the injuries, Ms. Hunter is not able to return to her pre-injury employment in the construction sector.

Mr. Walsh concluded that if Ms. Hunter is able to return to the labor market, she would be limited to alternative occupations, such as Information Clerk and Cashier, with average earnings of $26,243 annually.

## **Methodology**

### Pre-Injury Earning Capacity

Given 1) Ms. Hunter's background, 2) economic principles, and 3) the vocational opinion of Mr. Walsh, we have estimated pre-injury earning capacity to be $46,018 (average of earning its in last 4 full-years prior to accident). We have held this figure constant to the present time.

This methodology is consistent with PA damage guidelines in which earning capacity is to consider the individual's "economic horizons".

### Post-Injury Earnings

Based on the opinion of Mr. Walsh, we have presented two estimates of post-injury earnings. The first is based on earnings of $26,243 in the alternative occupations noted above.

The second estimates assumes Ms. Hunter is disabled and will not return to the labor market.

### Duration of Estimates

The loss in future earning capacity is estimated to the date that Ms. Stage will be age 67, which is normal retirement age for individuals born since 1960 (www.ssa.gov). A second estimate has been presented to retirement at age 70.

This range of retirement ages, as a measure of earning capacity, considers both 1) the fact that there is no mandatory retirement age in the United States and 2) that labor force participation for the older population has been

increasing (Bureau of Labor Statistics Publication <u>Older Workers : Labor Force Trends and Career Options</u>).

Finally, the retirement ages considered are further supported by research from the Center for Retirement Research, the Congressional Research Service, and the <u>Journal of Forensic Economics</u> relative to labor force participation and retirement trends (i.e. "Trends in Social Security Claiming").

<u>Fringe Benefits</u>

Ms. Stage received employer-provided benefits that included retirement contributions. Based on data from <u>Employer Costs for Employee Compensation</u>, we have estimated the value of employer-provided benefits to be 10.3% of earnings.

<u>Future Growth</u>

Based on data from 1) the Congressional Budget Office (<u>Budget/Economic Outlook</u>), and 2) the Bureau of Labor Statistics (Current Employment Statistics), we have estimated future wage growth to be 2.75% of earnings. This wage growth considers both inflationary increases and a conservative allowance for productivity growth.

<u>Discount Rate</u>

The present values of future earnings have been estimated based on a discount rate of 4.0%. This discount rate reflects both 1) historical average yields for short-term treasury securities (adjusted for recent low yields), and 2) forecasts over the next ten years as presented by the Congressional Budget Office. We would note that this discount rate reflects a reasonable rate of return for a fixed income investment.

<u>Earning Capacity</u>

Earning capacity may be defined as that level of income, which an individual may reasonably be expected to receive from work given that individual's age, level of educational attainment, particular skills and talents, actual earnings and work history, intentions, and the supply and demand conditions in the labor market relative to the individual's realistic employment choices. It should be noted that the realization of earning capacity (utilization of earnings) may be a function of both economic and non-economic factors and is not a measure of potential earning capacity.

**Margaret Hunter**
**Page 4**

### Summary

Based on the methodology discussed and the information provided to date, we have estimated the loss in earning capacity relative to Margaret Hunter to be as follows:

| | |
|---|---|
| Return to Labor Market | $350,030 to $402,980 |
| Disabled | $693,300 to $816,519 |

The opinions presented are within a reasonable degree of economic certainty. We reserve the right to revise our analysis upon receipt of information that may impact on the data and assumptions utilized.

The following pages are detailed summary tables of the estimates. If you have any questions, please contact us.

Sincerely,

Andrew C. Verzilli, M.B.A.

Margaret Hunter

Table 1 : Loss in Earning Capacity : To Normal Retirement Age

Pre-Injury : Laborer/Equipment Operator/Concrete Field Tester
Post-Injury : Alternative

| Age | Pre-Injury Earnings | Less Post-Injury | Loss in Benefits | Annual Loss | Cumulative Future |
|---|---|---|---|---|---|
| 53.73 | $ 44,248 | $ (25,234) | $ 1,958 | $ 20,973 | $ 20,973 |
| 54.73 | $ 43,716 | $ (24,930) | $ 1,935 | $ 20,721 | $ 41,694 |
| 55.73 | $ 43,191 | $ (24,631) | $ 1,912 | $ 20,472 | $ 62,166 |
| 56.73 | $ 42,672 | $ (24,335) | $ 1,889 | $ 20,226 | $ 82,391 |
| 57.73 | $ 42,159 | $ (24,042) | $ 1,866 | $ 19,983 | $ 102,374 |
| 58.73 | $ 41,652 | $ (23,753) | $ 1,844 | $ 19,742 | $ 122,116 |
| 59.73 | $ 41,151 | $ (23,468) | $ 1,821 | $ 19,505 | $ 141,621 |
| 60.73 | $ 40,657 | $ (23,186) | $ 1,800 | $ 19,271 | $ 160,892 |
| 61.73 | $ 40,168 | $ (22,907) | $ 1,778 | $ 19,039 | $ 179,931 |
| 62.73 | $ 39,685 | $ (22,632) | $ 1,757 | $ 18,810 | $ 198,742 |
| 63.73 | $ 39,208 | $ (22,360) | $ 1,735 | $ 18,584 | $ 217,326 |
| 64.73 | $ 38,737 | $ (22,091) | $ 1,715 | $ 18,361 | $ 235,687 |
| 65.73 | $ 38,272 | $ (21,825) | $ 1,694 | $ 18,140 | $ 253,827 |
| 66.73 | $ 10,209 | $ (5,822) | $ 452 | $ 4,839 | $ 258,666 |

Past-Lost Earnings    $    91,364  to May, 2018

PV : Future Loss      $   258,666  to NRA

Total Past + Future   $   350,030

Margaret Hunter

Table 2: Loss in Earning Capacity : To Age 70

Pre-Injury : Laborer/Equipment Operator/Concrete Field Tester
Post-Injury : Alternative

| Age | Pre-Injury Earnings | Less Post-Injury | Loss in Benefits | Annual Loss | Cumulative Future |
|---|---|---|---|---|---|
| 53.73 | $ 44,248 | $ (25,234) | $ 1,958 | $ 20,973 | $ 20,973 |
| 54.73 | $ 43,716 | $ (24,930) | $ 1,935 | $ 20,721 | $ 41,694 |
| 55.73 | $ 43,191 | $ (24,631) | $ 1,912 | $ 20,472 | $ 62,166 |
| 56.73 | $ 42,672 | $ (24,335) | $ 1,889 | $ 20,226 | $ 82,391 |
| 57.73 | $ 42,159 | $ (24,042) | $ 1,866 | $ 19,983 | $ 102,374 |
| 58.73 | $ 41,652 | $ (23,753) | $ 1,844 | $ 19,742 | $ 122,116 |
| 59.73 | $ 41,151 | $ (23,468) | $ 1,821 | $ 19,505 | $ 141,621 |
| 60.73 | $ 40,657 | $ (23,186) | $ 1,800 | $ 19,271 | $ 160,892 |
| 61.73 | $ 40,168 | $ (22,907) | $ 1,778 | $ 19,039 | $ 179,931 |
| 62.73 | $ 39,685 | $ (22,632) | $ 1,757 | $ 18,810 | $ 198,742 |
| 63.73 | $ 39,208 | $ (22,360) | $ 1,735 | $ 18,584 | $ 217,326 |
| 64.73 | $ 38,737 | $ (22,091) | $ 1,715 | $ 18,361 | $ 235,687 |
| 65.73 | $ 38,272 | $ (21,825) | $ 1,694 | $ 18,140 | $ 253,827 |
| 66.73 | $ 37,812 | $ (21,563) | $ 1,674 | $ 17,922 | $ 271,749 |
| 67.73 | $ 37,357 | $ (21,304) | $ 1,653 | $ 17,707 | $ 289,456 |
| 68.73 | $ 36,908 | $ (21,048) | $ 1,634 | $ 17,494 | $ 306,949 |
| 69.73 | $ 9,845 | $ (5,615) | $ 436 | $ 4,667 | $ 311,616 |

Past-Lost Earnings    $    91,364 to May, 2018

PV : Future Loss    $    311,616 To Age 70

Total Past + Future    $    402,980

**Margaret Hunter**

**Table 3 : Loss in Earning Capacity : To Normal Retirement Age**

Pre-Injury : Laborer/Equipment Operator/Concrete Field Tester
Post-Injury : Disabled

| Age | Pre-Injury Earnings | Less Post-Injury | Loss in Benefits | Annual Loss | Cumulative Future |
|---|---|---|---|---|---|
| 53.73 | $ 44,248 | $ - | $ 4,558 | $ 48,806 | $ 48,806 |
| 54.73 | $ 43,716 | $ - | $ 4,503 | $ 48,219 | $ 97,025 |
| 55.73 | $ 43,191 | $ - | $ 4,449 | $ 47,639 | $ 144,664 |
| 56.73 | $ 42,672 | $ - | $ 4,395 | $ 47,067 | $ 191,731 |
| 57.73 | $ 42,159 | $ - | $ 4,342 | $ 46,501 | $ 238,232 |
| 58.73 | $ 41,652 | $ - | $ 4,290 | $ 45,942 | $ 284,174 |
| 59.73 | $ 41,151 | $ - | $ 4,239 | $ 45,390 | $ 329,564 |
| 60.73 | $ 40,657 | $ - | $ 4,188 | $ 44,845 | $ 374,409 |
| 61.73 | $ 40,168 | $ - | $ 4,137 | $ 44,306 | $ 418,715 |
| 62.73 | $ 39,685 | $ - | $ 4,088 | $ 43,773 | $ 462,488 |
| 63.73 | $ 39,208 | $ - | $ 4,038 | $ 43,247 | $ 505,734 |
| 64.73 | $ 38,737 | $ - | $ 3,990 | $ 42,727 | $ 548,462 |
| 65.73 | $ 38,272 | $ - | $ 3,942 | $ 42,214 | $ 590,675 |
| 66.73 | $ 10,209 | $ - | $ 1,052 | $ 11,261 | $ 601,936 |

Past-Lost Earnings     $  91,364  to May, 2018

PV : Future Loss       $ 601,936  to NRA

Total Past + Future    $ 693,300

**Margaret Hunter**

**Table 4: Loss in Earning Capacity : To Age 70**

Pre-Injury : Laborer/Equipment Operator/Concrete Field Tester
Post-Injury : Disabled

| Age | Pre-Injury Earnings | Less Post-Injury | Loss in Benefits | Annual Loss | Cumulative Future |
|---|---|---|---|---|---|
| 53.73 | $ 44,248 | $ - | $ 4,558 | $ 48,806 | $ 48,806 |
| 54.73 | $ 43,716 | $ - | $ 4,503 | $ 48,219 | $ 97,025 |
| 55.73 | $ 43,191 | $ - | $ 4,449 | $ 47,639 | $ 144,664 |
| 56.73 | $ 42,672 | $ - | $ 4,395 | $ 47,067 | $ 191,731 |
| 57.73 | $ 42,159 | $ - | $ 4,342 | $ 46,501 | $ 238,232 |
| 58.73 | $ 41,652 | $ - | $ 4,290 | $ 45,942 | $ 284,174 |
| 59.73 | $ 41,151 | $ - | $ 4,239 | $ 45,390 | $ 329,564 |
| 60.73 | $ 40,657 | $ - | $ 4,188 | $ 44,845 | $ 374,409 |
| 61.73 | $ 40,168 | $ - | $ 4,137 | $ 44,306 | $ 418,715 |
| 62.73 | $ 39,685 | $ - | $ 4,088 | $ 43,773 | $ 462,488 |
| 63.73 | $ 39,208 | $ - | $ 4,038 | $ 43,247 | $ 505,734 |
| 64.73 | $ 38,737 | $ - | $ 3,990 | $ 42,727 | $ 548,462 |
| 65.73 | $ 38,272 | $ - | $ 3,942 | $ 42,214 | $ 590,675 |
| 66.73 | $ 37,812 | $ - | $ 3,895 | $ 41,706 | $ 632,381 |
| 67.73 | $ 37,357 | $ - | $ 3,848 | $ 41,205 | $ 673,586 |
| 68.73 | $ 36,908 | $ - | $ 3,802 | $ 40,710 | $ 714,296 |
| 69.73 | $ 9,845 | $ - | $ 1,014 | $ 10,859 | $ 725,155 |

|  |  |  |
|---|---|---|
| Past-Lost Earnings | $ | 91,364 to May, 2018 |
| PV : Future Loss | $ | 725,155 To Age 70 |
| Total Past + Future | $ | 816,519 |