# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARGARET T. HUNTER and JOHN P. HUNTER, Wife & Husband | : CIVIL ACTION – LAW<br>: (FILED ELECTRONICALLY)<br>: |
| vs. | : 3:17-CV-00007-JMM<br>: |
| RICHARD P. KENNEDY, M.D.; MONROE RADIOLOGY IMAGING, P.C.; POCONO MEDICAL CENTER; PETER OBENG, M.D.; FAMILY CARE CENTERS, INC. t/d/b/a PMC PHYSICIAN ASSOCIATES; and PMC IMMEDIATE CARE CENTER | : JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

AND NOW, this _____ day of _____, 2020, upon consideration of Plaintiffs' Motion for Reconsideration of Smoking Evidence, and Defendants' Response thereto, it is hereby ORDERED and DECREED that said Motion is DENIED.

BY THE COURT:

_____