| | |
|---|---|
| MARGARET T. HUNTER and JOHN P. HUNTER, h/w<br><br>Plaintiffs<br><br>vs.<br><br>RICHARD P. KENNEDY, M.D., MONROE RADIOLOGY IMAGING, P.C., POCONO MEDICAL CENTER, PETER OBENG, M.D., FAMILY CARE CENTERS, INC. t/d/b/a PMC PHYSICIAN ASSOCIATES AND PMC IMMEDIATE CARE CENTER<br><br>Defendants | IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA<br><br>NO. 3:17-CV-00007<br><br>CIVIL ACTION – LAW<br><br>MEDICAL PROFESSIONAL LIABILITY ACTION<br><br>TRIAL BY A JURY OF TWELVE MEMBERS AND TWO ALTERNATES DEMANDED |

## **ORDER**

AND NOW, this _____ day of _____, 2020, upon consideration of Plaintiffs' Motion for Reconsideration of Smoking Evidence, and Defendants' Response thereto, it is hereby ORDERED and DECREED that said Motion for Reconsideration is DENIED.

BY THE COURT:

_____