IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARGARET T. HUNTER and JOHN P. HUNTER, wife and and husband | : : : : | |
| Plaintiffs | : : | CIVIL ACTION |
| vs. | : : | MEDICAL NEGLIGENCE |
| RICHARD P. KENNEDY, M.D., MONROE RADIOLOGY IMAGING, P.C., POCONO MEDICAL CENTER, PETE OBENG, M.D., FAMILY CARE CENTERS, INC. t/d/b/a PMC PHYSICIAN ASSOCIATES and PMC IMMEDIATE CARE CENTER | : : : : : : : : | JURY TRIAL DEMANDED |
| Defendants | : | NO. 3:17-CV-00007 |

**PLAINTIFF'S SUPPLEMENTAL POINTS FOR CHARGE**

Plaintiffs, Margaret and John Hunter, by and through their attorneys, the Foley Law Firm, hereby requests this Honorable Court to instruct and charge the jury as follows in the succeeding pages. Plaintiff reserves the right to suggest additions or modifications based upon the evidence at trial.

1. "If the negligent actor is liable for another's injury, he is also liable for any additional bodily harm resulting from acts done by third persons in rendering aid which the other's injury reasonably requires, irrespective of whether such acts are done in a proper or negligent manner." <u>Thompson v. Fox</u>, 326 Pa. 209, 212, 192 A. 107, 109 (Pa. 1937) (adopting Restate of the Law of Torts (1st Ed.), Section 457.  *See* Restatement (Second) of Torts §457) ("If the negligent actor is liable for another's bodily injury, he is also subject to liability for any additional bodily harm resulting from normal efforts of third persons in rendering aid which the other's injury reasonably requires, irrespective of whether such acts are done in a proper or negligent manner." *See also*, <u>Wallace v. Pennsylvania R.R. Co.</u>, 222 Pa. 556, 71 A. 1086 (1909) (where an "injury was caused by unskillful treatment yet, if the plaintiff exercised ordinary care in the selection of the surgeon, the defendant, if liable legally for the original injury, would be liable for the increase injury as well" <u>Trout v. Milton S. Hershey Medical Center</u>, 572 F. Supp.2d 591 (M.D. Pa. 2005)  (The original tortfeasor is . . . fully responsible . . . for the negligent manner in which a physician or surgeon treats the case. The plaintiff may recover all damages solely from the original tortfeasor's negligent actors (Dr. Kennedy and Dr. Obeng) because subsequent faulty treatment is deemed to be a foreseeable consequence of the original injury.)

Respectfully submitted,

FOLEY LAW FIRM


By: _/s/ Michael J. Foley_
      Michael J. Foley, Esquire