**FOLEY LAW FIRM**
A PROFESSIONAL CORPORATION
538 BIDEN STREET – SUITE 200
POST OFFICE BOX 1108
SCRANTON, PENNSYLVANIA 18501-1108
570-342-8194
FAX 570-342-4658

THOMAS J. FOLEY, JR. †
KEVIN P. FOLEY†
MICHAEL J. FOLEY * †
THOMAS J. FOLEY, III†

POCONO OFFICE
26 NORTH SIXTH STREET
SECOND FLOOR
STROUDSBURG, PA 18360-2123
570-424-1757

Medical Research Department
R. MATTHEW HUNTER, M.D.

**Please Respond To Scranton Office**

January 10, 2022

magistrate_judge_saporito@pamd.uscourts.gov
and ECF
Honorable Joseph F. Saporito
Max Rosenn U.S. Courthouse
197 S. Main Street
Wilkes-Barre, PA  18701

Re:   Margaret T. Hunter and John P. Hunter v.
      Richard P. Kennedy, M.D. and Monroe
      County Radiology Imaging, P.C.
      No.: 3:17-CV-00007

Dear Judge Saporito:

In opposition to the defense joint Motion for Mistrial and/or Continuance, I attach a copy of a 5/15/2018  letter from Atty. Feeney's office enclosing the expert reports of Dr. Daley and Dr. Wapner stating they were prepared on behalf of all Defendants.  I also attach a copy of an email from Atty. Katz, of May 16, 2018, wherein he states that Dr. Mauthe, Dr. Zurad and Mr. Leslie are shared experts.

Also I attach the deposition transcript of Dr. Joseph Daley taken on August 14, 2018 wherein on page 5 line 23, Atty. Katz indicates that Dr. Daley has been retained by both defendants.  In addition, Dr. Obeng's pretrials and voir dire identify experts as "defense experts" establishing that all the experts called on behalf of either defendant were, in fact, testifying on behalf of all defendants.

Plaintiffs intend to submit the 5/15/2018 letter, 5/16/2018 email and Page 5 of the Daley deposition as exhibits when trial is reconvened next week. Thank you for your consideration.

Very truly yours,

*Michael J. Foley*

MJF/lka
encl.
cc:   Eugene Feeney, Esq. via email
      Neil Wenner, Esq. via email