**7.100 (Civ)**          **MITIGATION OF DAMAGES**

*[First Alternative—Generally:]*

[The law requires a person who is injured by the negligence of another to take all reasonable steps to minimize [his] [her] damages. The defendant has the burden to prove that the plaintiff failed to take such steps and that some damages could have been avoided. You must not award the plaintiff damages for harm that could have been reasonably avoided.]

*[Second Alternative—Need to secure medical care:]*

[People who are injured as a result of someone's negligence must take reasonable steps to secure medical care for their injuries. The defendant in this action contends that had the plaintiff [sought medical care] [not delayed in seeking medical care] [followed the doctor's advice], the plaintiff's damages would have been reduced or avoided. You must decide whether the defendant has proven this.

The law does not require an injured person to undergo a medical procedure that does not have a reasonable chance of improving their condition. You should ask yourself whether a reasonable person would have sought such medical treatment after considering the risks of the procedure and the probability of success.]

[Surgery is not considered reasonable unless it has a high probability of success and involves minimal risk to the patient.]