**Casey Jo Humbyrd, MD, MBE**
*Associate Professor*
*Chief, Foot and Ankle Division*
*Director, Program in Surgical Ethics & Health Policy*

## Penn Medicine

**Department of Orthopaedic Surgery**
*230 West Washington Square*
*5th Floor, Farm Journal Building*
*Philadelphia, PA 19103*

January 14, 2022

To Whom It May Concern:

I have reviewed the following:

1. Medical Records of Kelly Smith, DPM
2. Radiographic images from Pocono Medical Center
3. Radiographic images from Kelly Smith DPM
4. Radiographic images from United Health Services
5. Testimony of Kelly Smith, DPM

It is my opinion, with a reasonable degree of medical certainty, that Ms. Hunter could have had open reduction and internal fixation surgery at the time of her calcaneal fracture diagnosis. Further, I believe that her arthritis is a consequence of the fracture she sustained, and that subtalar arthritis would likely have occurred regardless of whether she did or did not undergo open reduction and internal fixation surgery at the time of the diagnosis. Finally, it is my opinion, with a reasonable degree of medical certainty, that Ms. Hunter would have good function and excellent pain relief with a subtalar arthrodesis (fusion) surgery for her arthritis.

Sincerely yours,

Casey Jo Humbyrd, MD, MBE, FAAOS, FAOA
Chief, Division of Foot and Ankle Surgery
Penn Medicine