# EXHIBIT LIST

Case Caption: HUNTER v KENNEDY
17-CV-007

Date: December 6, 2021      Type of Proceeding: Jury Trial

| Pltf | Deft | Description of Exhibit | Dated | ID | Admitted | Witness |
|---|---|---|---|---|---|---|
| ✓ |  | Power Point anatomy |  | 33c |  | Dr. Libean |
| ✓ |  | X-rays 5-16-2016 |  | 28b |  | Dr. Libean |
| ✓ |  | Requisition form Oberg 5-16-16 |  | 1-4 |  | Dr. Libean |
| ✓ |  | Dr. Kennedy report of 5-31-16 x-ray | 5-31-16 | 1-16 |  | Dr. Libean |
| ✓ |  | CT - lower left extremity | 6-2-16 | 11-a |  | Dr. Libean |
|  | ✓ | ankle X-ray | 6-2-16 | D-45 |  | Dr. Libean X |
|  | ✓ | L. foot X-ray | 6-2-16 | D-46 |  | Dr. Libean X |
| ✓ |  | Report of Exam of ? | 6-2-16 | 7-2 |  | Dr. Libean X |
| ✓ |  | P. 60-61 Dr. Oberg dep. |  | 17-60 |  | Dr. Oberg |
| ✓ |  | PMC Imaging Report | 5-16-16 | 1-5 |  | Dr. Oberg |

Page 1 of 8

# EXHIBIT LIST

**Case Caption:** HUNTER v KENNEDY
17-CV-007

**Date:**                              **Type of Proceeding: Jury Trial**

| Pltf | Deft | Description of Exhibit | Dated | ID | Admitted | Witness |
|---|---|---|---|---|---|---|
| ✓ |   | Dr. Oberg dep. |   | 17-11 |   | Dr. Oberg |
| ✓ |   | Image of ankle joint |   | 33b |   | Dr. Oberg |
| ✓ |   | Report of Dr Oberg | 5-16-16 | 1 |   | Dr. Oberg |
| ✓ |   | PMC employer slip/ work capability form | 5-16-16 | 1-7 |   | Dr. Oberg |
| ✓ |   | Dr. Kennedy dep. transcript |   | 18-1 |   | Dr. Oberg |
| ✓ |   | Dr Oberg report | 5-16-16 | 1-2 |   | Dr. Oberg |
| ✓ |   | PMC Ankle Sprain Exercises |   | 3-1 |   | Dr. Oberg |
|   | ✓ | Dr Oberg notes 5-20-16 | 5-20-16 | 2 |   | Dr. Oberg |
| ✓ |   | CV of Dr. Medrek | 12/3/21 |   |   | Medrek |

Page 2 of 8

# EXHIBIT LIST

Case Caption: **HUNTER v KENNEDY**
17-CV-007

Date:                                           Type of Proceeding: Jury Trial

| Pltf | Deft | Description of Exhibit | Dated | ID | Admitted | Witness |
|---|---|---|---|---|---|---|
| ✓ |   | Report of Dr. Obeng |   | 1-1 |   | Medrek |
| ✓ |   | Report of Dr Obeng | 5/20/16 | 1-9 |   | Medrek |
| ✓ |   | Report of Dr Obeng | 5/31/16 | 1-13 |   | Medrek |
| ✓ |   | PMC Referral to Ortho, PT | 5/31/16 | 1-20 |   | Medrek |
|   | ✓ | Wilson Mem CR Report | 4/2/16 | D9.0017 |   | Medrek |
|   | ✓ | Depo Xcript of Medrek |   | D23.0126 |   | Medrek |
|   | ✓ | Report of Dr Obeng | 5/16/16 | D2.005 |   | Medrek |
|   | ✓ | Medrek Report | 3/13/18 | D42.001 |   | Medrek |
|   | ✓ | M. Hunter Depo |   | D22.0058 |   | Medrek |
|   | ✓ | M. Hunter Depo |   | D22.138 |   | Medrek |

Page 3 of 8

# EXHIBIT LIST

Case Caption:   HUNTER v KENNEDY
                17-CV-007

Date:                                    Type of Proceeding: Jury Trial

| Pltf | Deft | Description of Exhibit | Dated | ID | Admitted | Witness |
|---|---|---|---|---|---|---|
|  | ✓ | Wilson Mem. ER Report | 4/2/16 | D9.0016 |  | Medrek |
| ✓ | ✓ | Wilson Mem. Orders Rpt. | 4/3/16 | D9.0039 |  | Medrek |
| ✓ |  | ER report | 6/2/16 | 4.3 |  | Medrek |
| ✓ |  | Mrs Hunter dep. P138 |  |  |  | Medrek |
|  | ✓ | Wilson Mem ER Report | 6/2/16 | D9.007 |  | Medrek |
|  | ✓ | dr. Medrek report | 5/22/17 | D40-2 |  | Medrek |
|  | ✓ | dr Smith's records |  | D8-1 |  | Medrek |
| ✓ |  | Kennedy dep Exh 18 | 5-16-16 | 1c |  | Kennedy |
| ✓ |  | Kennedy dep Exh. 6 | 5-31-21 | 1d |  | Kennedy |
| ✓ |  | Photograph of Pocono Med Ctr. |  | 41 |  | M. Hunter |

Page 4 of 8

# EXHIBIT LIST

Case Caption:   HUNTER v KENNEDY
                17-CV-007

Date:                                  Type of Proceeding: Jury Trial

| Pltf | Deft | Description of Exhibit | Dated | ID | Admitted | Witness |
|---|---|---|---|---|---|---|
| ✓ | | Walking Boot | | 48 | | Margaret Hunter |
| ✓ | | night brace | | | | " |
| ✓ | | Small Brace | | 48c | | " |
| ✓ | | Shoe lifts | | | | " |
| ✓ | | Air cast | | 48 | | " |
| ✓ | | Walsh C.V. | | 96A | | Terence Walsh |
| ✓ | | Walsh Expert Report | 11-26-18 | 96C | | Terence Walsh |
| | ✓ | Zurad Report | | D62 | | Zurad |
| | ✓ | Zurad Report Add. | | D63 | | Zurad |
| | ✓ | CV of Zurad | | D64 | | Zurad |

## EXHIBIT LIST

Case Caption: **HUNTER v KENNEDY**
17-CV-007

Date: December 6, 2021          Type of Proceeding: Jury Trial

| Pltf | Deft | Description of Exhibit | Dated | ID | Admitted | Witness |
|---|---|---|---|---|---|---|
| | ✓ | Obeng Ofc Notes | 5/16/16 | D2.005 | | Zurad |
| | ✓ | Obeng Ofc Notes | " " | D2.006 | | Zurad |
| | ✓ | Imaging Rpt. Kennedy | | D1.001 | | Zurad |
| | ✓ | Obeng report o/v | 5/20/16 | D2.003 | | Zurad |
| | ✓ | Obeng report o/v | 5/31/16 | D2.001 | | ZURAD |
| | ✓ | Work Capability form | 5/31/16 | D2.0011-0013 | | ZURAD |
| | ✓ | Obeng note for Employer | 5/31/16 | D2.0010, 0012 | | ZURAD |
| | ✓ | LACS/MLhE 4:35pm, 5/31/16 contains DX of calcaneal fracture & referral to orthopaedic | 5/31/16 | D2.0014 | | ZURAD |

Page 6 of 8

# EXHIBIT LIST

Case Caption:   **HUNTER v KENNEDY**
                17-CV-007

Date:   December 6, 2021                Type of Proceeding: Jury Trial

| Pltf | Deft | Description of Exhibit | Dated | ID | Admitted | Witness |
|---|---|---|---|---|---|---|
|  | ✓ | Facsimile 6-2-16, 17 pages, sent to Travelers Ins | 6-2-16 | D2.0015 |  | ZURAD |
| ✓ |  | Wilson Memorial Hospital Records | 6-2-16 | 4-3 |  | ZURAD |
| ✓ |  | PMC ankle Sprain Care Instr. |  | 2-1 |  | ZURAD |
| ✓ |  | "   "   "   "   p.2 |  | 2-2 |  | ZURAD |
| ✓ |  | PMC - Towel stretch |  | 3-4 |  | ZURAD |
| ✓ |  | PMC resisted ankle inversion |  | 3-7 |  | ZURAD |
| ✓ |  | PMC single-leg balance |  | 3-10 |  | ZURAD |
| ✓ |  | Alberg Report (notes) | 5-16-16 | 1-2 |  | ZURAD |
| ✓ |  |  |  | 1-1 |  | ZURAD |

Page 7 of 8

# EXHIBIT LIST

**Case Caption:** HUNTER v KENNEDY
17-CV-007

**Date:** December 6, 2021                    **Type of Proceeding:** Jury Trial

| Pltf | Deft | Description of Exhibit | Dated | ID | Admitted | Witness |
|---|---|---|---|---|---|---|
| ✓ |   | Zurad Report, p.3 | 1-14-19 | 45 |   | Zurad |
|   | ✓ | Avery note follow up visit | 5-20-16 | D2.003 |   | Zurad |
|   | ✓ | Wilson Memorial Hosp Notes | 6-2-16 | D9-0017 |   | Zurad |
|   | ✓ | Wilson Mem Hosp – Psyc. Clinical report | 6-2-16 | D9-0016 |   | Zurad |
| ✓ |   | Avery note | 5-20-16 | 1-10 |   | Zurad |
|   | ✓ | M. Hunter deposition |   | D-22, p88 |   | Zurad |
|   | ✓ | dr. Smith Office Note | 6-8-16 | D-8.002 |   | Smith |
| ✓ |   | dr. Smith Office Note | 12-10-21 | D101.001 |   | Smith |
| ✓ |   | dr. Smith Office Note | 12-10-21 | D101.002 |   | Smith |
| ✓ |   | John Hunter dep. p.32, p33, p34 |   | D17.09 |   | John Hunter |

Page 8 of 8