

FILED
WILKES BARRE
JAN 19 2021
PER MS DEPUTY CLERK

# CLERK'S EXHIBIT LISTING

**JUDGE: Honorable Jennifer Wilson**
**NAME OF CASE: Hunter v. Kennedy et. Al.**
**CASE NO.: 3:17cv007**
**NAME OF PARTY SUBMITTING EXHIBIT LIST: Plaintiffs**

| Exhibit No. | D | Description | Identified | Witness on Stand | Move Into Evidence | Ruling |
|---|---|---|---|---|---|---|
| 1 | | Medical Records – Pocono Medical Center Immediate Care Bartonsville 1-1, 1-2, 1-4, 1-5, 1-7, 1-8, 1-9, 1-11, 1-12, 1-13, 1-14, 1-16, 1-18, 1-19, 1-20 | 1/3/22 1/4/22 1/4/22 1/5/22 | Dr. Gibson Dr. Obeng Dr. Medrek Margaret | | |
| 1a | | Pocono Medical Center X-Rays 5/16/16 | 1/3/22 1/7/22 | Dr. Gibson Dr. Hasselman | | |
| 1b | | Pocono Medical Center X-Rays 5/31/16 | | | | |
| 1c | | Pocono Medical Center X-ray – mark up from Dr. Kennedy Deposition | 1/5/22 | Dr. Kennedy | | |
| 1d | | Pocono Medical Center X-ray – mark up from Dr. Kennedy Deposition | 1/5/22 | Dr. Kennedy | | |
| 2 | | Medical Records – Ankle Sprain Instructions | 1/6/22 | Dr. Zurad | | |
| 3 | | Medical Records – Ankle Therapy Instructions | 1/6/22 | Dr. Zurad | | |
| 4. | | Medical Records – Wilson Memorial Regional Medical Center ER 6/2/16 4-2, 4-3 | 1/3/22 1/4/22 | Dr. Gibson Dr. Medrek | | |
| 4a. | | Medical Records – Wilson Memorial Hospital CT Scan 6/2/16 | | | | |

*Plaintiff reserves the right to supplement prior to and/or at the time of trial

| | | | | | |
|---|---|---|---|---|---|
| 4b | Medical Records – Wilson Memorial Hospital X-Rays 6/2/16 | | | | |
| 5 | Podiatry Consultation – Dr. Larry Schow/Dr. Kelly Smith 6/2/16 5-1 | 1/4/22 1/7/22 | Dr. Medrek Dr. Hasselman | | |
| 6. | Medical Records – Foot Care Center – Kelly Smith, DPM 6-1 | 1/4/22 1/7/22 | Dr. Medrek Dr. Smith | | |
| 6a | Kelly Smith, DPM redacted job analysis form | | | | |
| 6b | Deposition – Kelly Smith, DPM ~ 4/30/18 | 1/7/22 | Dr. Hasselma | | |
| 6c | Deposition – Kelly Smith, DPM ~ 10/4/18 | | | | |
| 6d | Kelly Smith, DPM – Letter of 3/27/17 | | | | |
| 6e | Kelly Smith, DPM – Letter of 1/15/18 | 1/7/22 | Dr. Smith | | |
| 6f | Kelly Smith, DPM – x-rays | | | | |
| 7. | Medical Records – Vitality/Healthsource Chiropractic | | | | |
| 8. | Medical Records – Southern Tier Physical Therapy | | | | |
| 9a | Medical Records – Moss Rehabilitation | 1/5/22 | Dr. Esquenazi | | |
| 9b 1-6 | Moss Rehabilitation Video Gait Analysis | 1/5/22 | Dr. Esquenazi | | |
| 9c | Curriculum Vitae – Albert Esquenazi, M.D. | 1/5/22 | Dr. Esquenazi | | |
| 9d | Alberto Esquenazi, M.D. – Video Deposition ~12/3/21 | 1/5/22 | Dr. Esquenazi | | |

*Plaintiff reserves the right to supplement prior to and/or at the time of trial

| | | | | | | |
|---|---|---|---|---|---|---|
| 9e | | Alberto Esquenazi, M.D. - Video | 1/5/22 | Dr. Esquenazi | | |
| 10 | | Medical Records – Lourdes Hospital ~10/1/2020 | | | | |
| 10a | | Lourdes Hospital – MRI | | | | |
| 11 | | Drawing of Margaret Hunter's foot – 6/2/16 CT | 1/3/22 1/4/22 1/7/22 | Dr. Obeng Dr. Medrek Dr. Hasselman | | |
| 11a | | Drawing of Margaret Hunter's foot – 6/2/16 CT no color | 1/3/22 | Dr. Gibson | | |
| 12 | | Photographs of Margaret Hunter's foot | 1/7/22 | Dr. Hasselman | | |
| 13 | | Deposition - Margaret Hunter ~ 10/23/17 | 1/4/22 | Dr. Medrek | | |
| 14 | | Deposition – John Hunter ~ 12/11/17 | | | | |
| 15 | | Deposition – Jonathan Hunter ~ 12/11/17 | | | | |
| 16. | | Deposition – Jaime Kille ~ 12/11/17 | | | | |
| 17. | | Deposition – Peter Obeng, M.D. ~ 9/7/17 | 1/3/22 1/4/22 | Dr. Obeng Dr. Obeng | | |
| 17a | | Deposition – Peter Obeng, M.D. ~ 9/7/17 Video | | | | |
| 18. | | Deposition – Richard Kennedy, M.D. ~ 9/7/17 | 1/4/22 1/5/22 | Dr. Obeng Dr. Kennedy | | |
| 18a | | Deposition – Richard Kennedy, M.D. ~ 9/7/17 Video | 1/5/22 | Dr. Kennedy | | |

*Plaintiff reserves the right to supplement prior to and/or at the time of trial

| | | | | | |
|---|---|---|---|---|---|
| 19. | | Transcription of 1/7/18 Exam of Edward Zurad, M.D. | | | |
| 20. | | Pay Stubs – Margaret Hunter | | | |
| 21. | | Tax Returns – Margaret Hunter | | | |
| 21a | | 2011 Tax Return | | | |
| 21b | | 2012 Tax Return | | | |
| 21c | | 2013 Tax Return | | | |
| 21d | | 2014 Tax Return | | | |
| 21e | | 2015 Tax Return | | | |
| 21f | | 2016 Tax Return | | | |
| 21g | | 2017 Tax Return | | | |
| 22. | | Travelers Insurance Workers Compensation Lien | | | |
| 23a. | | Curriculum Vitae – Carl Hasselman, M.D. | 1/6/22 | Dr. Hasselman | |
| 23b | | Expert Report – Carl Hasselman, M.D. ~ 1/16/18 | 1/7/22 | Dr. Hasselman | |
| 23c | | Expert Report – Carl Hasselman, M.D. ~ 11/20/18 | 1/7/22 | Dr. Hasselman | |
| 23d | | Expert Report – Carl Hasselman, M.D. ~ 5/23/19 | 1/7/22 | Dr. Hasselman | |
| 23e | | Expert Report – Carl Hasselman, M.D. ~ 2/10/20 | 1/7/22 | Dr. Hasselman | |
| 23f | | Expert Report – Carl Hasselman, M.D. ~ 7/28/20 | 1/7/22 | Dr. Hasselman | |
| 23g | | Expert Report – Carl Hasselman, M.D. ~ 8/24/20 | 1/7/22 | Dr. Hasselman | |

*Plaintiff reserves the right to supplement prior to and/or at the time of trial

| | | | | | |
|---|---|---|---|---|---|
| 23h | | Expert Report – Carl Hasselman, M.D. ~ 3/25/21 | 1/7/22 | Dr. Hasselman | |
| 23i | | Deposition – Carl Hasselman, M.D. ~ 8/16/21 | 1/7/22 | Dr. Hasselman | |
| 23j | | Deposition – Carl Hasselman, M.D. ~ 8/16/21 video | 1/7/22 | Dr. Hasselman | |
| 24a. | | Curriculum Vitae – Paul Medrek, M.D. | 1/4/22 | Dr. Medrek | |
| 24b | | Expert Report – Paul Medrek, M.D ~ 5/22/17 | 1/4/22 | Dr. Medrek | |
| 24c | | Expert Report – Paul Medrek, M.D. 1/10/18 | 1/4/22 | Dr. Medrek | |
| 24d | | Expert Report – Paul Medrek, M.D. 3/13/18 | 1/4/22 | Dr. Medrek | |
| 24e | | Expert Report – Paul Medrek, M.D. 10/11/18 | 1/4/22 | Dr. Medrek | |
| 24f | | Expert Report – Paul Medrek, M.D. 2/6/19 | 1/4/22 | Dr. Medrek | |
| 24g | | Deposition – Paul Medrek, M.D. | | | |
| 25a. | | Curriculum Vitae – Andrew Verzilli | 1/6/22 | Andrew Verzilli | |
| 25b | | Expert Report – Andrew Verzilli ~ 4/19/18 | 1/6/22 | Andrew Verzilli | |
| 26c | | Expert Report – Andrew Verzilli ~ 12/3/21 | 1/6/22 | Andrew Verzilli | |
| 26a. | | Curriculum Vitae – Terrence Walsh | 1/6/22 | Terrence Walsh | |
| 26b | | Expert Report – Terrence Walsh ~ 3/27/18 | 1/6/22 | Terrence Walsh | |
| 26c | | Expert Report – Terrence Walsh ~ 11/26/18 | 1/6/22 | Terrence Walsh | |
| 26d | | Expert Report – Terrence Walsh ~ 2/7/19 | 1/6/22 | Terrence Walsh | |

*Plaintiff reserves the right to supplement prior to and/or at the time of trial

| | | | | | |
|---|---|---|---|---|---|
| 26e | | Expert Report – Terrence Walsh ~ 9/16/21 | 1/6/22 | Terrence Walsh | |
| 26f | | Expert Report – Terrence Walsh ~ 11/29/21 | 1/6/22 | Terrence Walsh | |
| 26g | | Expert Report – Terrence Walsh ~ 12/31/21 | 1/6/22 | Terrence Walsh | |
| 26h | | Expert Report – Terrence Walsh ~ 1/3/22 | 1/6/22 | Terrence Walsh | |
| 27a. | | Curriculum Vitae – Guido LaPorta, DPM | | | |
| 27b | | Expert Report – Guido LaPorta, DPM ~ 2/7/19 | | | |
| 28. | | Curriculum Vitae – Douglas W. Gibson, M.D. | 1/3/22 | Dr. Gibson | |
| 28a | | Expert Report – Douglas W. Gibson, M.D. ~12/31/17 | 1/3/22 | Dr. Gibson | |
| 28b | | Expert Report – Douglas W. Gibson, M.D. – Powerpoint | 1/3/22 | Dr. Gibson | |
| 28c | | Expert Report – Douglas W. Gibson, M.D. ~7/31/20 | 1/3/22 | Dr. Gibson | |
| 28d | | Expert Report – Douglas W. Gibson, M.D. ~11/21/21 | 1/3/22 | Dr. Gibson | |
| 29. | | Curriculum Vitae – Michael D. Wolk, M.D. | | | |
| 29a | | Expert Report – Michael D. Wolk, M.D. ~3/20/18 | | | |
| 29b | | Expert Report – Michael D. Wolk, M.D. ~1/31/19 | | | |
| 29c | | Expert Report – Michael D. Wolk, M.D. ~10/14/20 | | | |
| 30. | | Curriculum Vitae – Deana Kilmer, RN | | | |
| 31. | | Deposition – Joseph Daley, DPM | | | |
| 32. | | Models – Foot | 1/4/22 | Dr. Medrek | |

*Plaintiff reserves the right to supplement prior to and/or at the time of trial

|  |  |  | 1/7/22 | Dr. Hasselman |  |  |
|---|---|---|---|---|---|---|
| 33. |  | Demonstratives |  |  |  |  |
| 33a |  | Bones of the foot |  |  |  |  |
| 33b |  | Drawing of foot joints | 1/3/22 | Dr. Obeng |  |  |
| 33c |  | Power point presentation of calcaneus | 1/3/22 | Dr. Gibson |  |  |
| 34. |  | Affidavit of Nancy LaPorte, Practice Manager, Lehigh Valley Health Network |  |  |  |  |
| 35. |  | Sanders article |  |  |  |  |
| 36. |  | Map travel from Deposit, NY to East Stroudsburg, PA |  |  |  |  |
| 37. |  | National Vital Statistics Reports, Vol 69, No. 12, November 17, 2020 |  |  |  |  |
| 38. |  | 40 P.S.§1303 |  |  |  |  |
| 39 |  | Curriculum Vitae – Edward G. Zurad | 1/6/22 | Dr. Zurad |  |  |
| 40 |  | Dr. Obeng Website |  |  |  |  |
| 41 |  | Picture of PMC Immediate Care | 1/5/22 | Margaret |  |  |
| 42 |  | Pennsylvania Notification of Rights & Responsibilities |  |  |  |  |
| 43 |  | Audit Trail |  |  |  |  |
| 44 |  | Zurad, Edward G., M.D. "Don't be a Target for a Malpractice Suit" | 1/6/22 | Dr. Zurad |  |  |
| 45 |  | Expert Report – Edward G. Zurad, M.D. ~5/15/2018 | 1/6/22 | Dr. Zurad |  |  |
| 46 |  | Expert Report – Edward G. Zurad, M.D. ~ 1/14/2019 | 1/6/22 | Dr. Zurad |  |  |

*Plaintiff reserves the right to supplement prior to and/or at the time of trial

| | | | | | |
|---|---|---|---|---|---|
| 46a | | Zurad Clip 1 – Appearance – Sympathy | | | |
| 46b | | Zurad Clip 2 – Withhold during discovery and save for trial | | | |
| 46c | | Zurad Clip 3 – Do not have many policies | | | |
| 46d | | Zurad Clip 4 – Plaintiffs Counsel is Lucifer | 1/6/22 | Dr. Zurad | |
| 46e | | Zurad Clip 5 – Refers to Plaintiffs' Attorney's as rodents | 1/6/22 | Dr. Zurad | |
| 46f | | Zurad Clip 6 – Always for the Defense – I am BIASED | 1/6/22 | Dr. Zurad | |
| 46g | | Zurad Clip 7 – Can Explain a Deficiency by Claiming custom and habit | 1/6/22 | Dr. Zurad | |
| 47. | | Delta Frame Photo | | | |
| 48 | | Walking Boot | 1/5/22 | Margaret | |
| 49. | | Night splint | 1/5/22 | Margaret | |
| 50 | | Foot sleeve | 1/5/22 | Margaret | |
| 51. | | Orthotic | 1/5/22 | Margaret | |
| 52. | | Aircast | 1/5/22 | Margaret | |
| 53. | | Herman, Lawrence DMsc, MPA, PA-C "A 20 Year Perspective on the Ottawa Ankle Rules: Are We Still on Solid Footing?"JAApa | | | |
| 54. | | Ottawa Ankle Rules VASTA | | | |
| 55 | | USA v ElClinicalWorks LLC, 2:15 cv 00095 – WKS United States Complaint in Intervention | | | |
| 56. | | Electronic Health Records Vendor to Pay the Largest Settlement in the District of Vermont, United States Department of Justice | | | |

*Plaintiff reserves the right to supplement prior to and/or at the time of trial