COURT EXHIBIT 1

JURY QUESTIONS (#1)

FILED
WILKES BARRE
JAN 2021
PER
DEPUTY CLERK

1. Do we get to know the status/outcome of ~~the~~ Mrs. Hunters' Workers Compensation case?

2. We'd like to see the BOTH faxes sent by Dr. Odeng to the employer. AND

3. Employer to the insurance (FAX)

4. Show us the future earning screenprints / screenshots

— Mark Evenson

ME

1.19.22

COURT EXHIBIT 1