COURT EXHIBIT 2
JURY QUESTIONS (#2)

FILED
WILKES BARRE
JAN 13 2021
PER _____
MS
DEPUTY CLERK

IF THERE IS A SETTLEMENT,
WILL THE ATTORNEYS FEES
BE DEDUCTED FROM THE
AMOUNT? -

- MARK EVENSON

1. 19. 22

COURT
EXHIBIT
2