IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARGARET T. HUNTER, and JOHN P. HUNTER, wife and husband, | CIVIL ACTION NO. 3:17-cv-00007 |
| Plaintiffs, | (Hon. Joseph F. Saporito, Jr.) |
| v. | |
| RICHARD P. KENNEDY, M.D., MONROE RADIOLOGY IMAGING, P.C., POCONO MEDICAL CENTER, PETER OBENG, M.D., FAMILY CARE CENTERS INC., t/d/b/a PMC PHYSICIAN ASSOCIATES, and PMC IMMEDIATE CARE CENTER, | FILED WILKES BARRE JAN 19 2021 PER _____ DEPUTY CLERK |
| Defendants. | |

## SPECIAL VERDICT INTERROGATORIES

### Question 1

Do you find that any of the Defendants were negligent?

Richard P. Kennedy, M.D.   Yes __✓__   No ____

Peter Obeng, M.D.   Yes __✓__   No ____

If you answered Question 1 "No" as to one of the Defendants, but not both, the Plaintiffs cannot recover against that Defendant and you should not answer any further questions with regard to that Defendant.

If you answered Question 1 "No" as to both Defendants, then the Plaintiffs cannot recover and you should not answer any further questions and you should return to the courtroom.

If you answered Question 1 "Yes," as to one of the Defendants, but not both, please proceed to Question 2 as to that Defendant.

If you answered Question 1 "Yes" as to both Defendants, please proceed to Question 2 as to both Defendants.

**Question 2**

Was the negligence of the Defendant(s) you have found to be negligent a factual cause of any harm to the Plaintiffs?

    Richard P. Kennedy, M.D.    Yes __✓__ No _____

    Peter Obeng, M.D.    Yes __✓__ No _____

If your answer to Question 2 is "No" as to one of the Defendants, the Plaintiffs cannot recover against that Defendant and you should not answer any further questions with regard to that Defendant.

If your answer to Question 2 is "No" as to both Defendants, then the Plaintiffs cannot recover, and you should not answer any further questions and you should return to the courtroom.

If you answered Question 2 "Yes," as to one of the Defendants, please proceed to Question 3 as to that Defendant.

If you answered Question 2 "Yes" as to both Defendants, please proceed to Question 3.

**Question 3**

Taking the combined negligence that was a factual cause in bringing about the harm to the Plaintiff, Margaret Hunter, as 100%, what percentage of that causal negligence was attributable to the Defendant or Defendants whom you have found to be causally negligent.

Percentage of causal negligence attributable to Richard P. Kennedy, M.D. (Answer only if you have answered "Yes" to Questions 1 and 2 for Defendant, Richard P. Kennedy, M.D.)

65 %

Percentage of causal negligence attributable to Peter Obeng, M.D. (Answer only if you have answered "Yes" to Questions 1 and 2 for Defendant, Peter Obeng, M.D.)

35 %

If you have answered Question 3, please proceed to Question 4.

**Question 4**

State the amount of damages, if any, that the Plaintiff, Margaret T. Hunter, is entitled to recover:

| | |
|---|---|
| Future medical expenses | $ 300,000 |
| Future loss of earnings and lost earning capacity | $ 520,000 |
| Pain and Suffering | $ 100,000 |
| Embarrassment and humiliation | $ Ø |
| Loss of ability to enjoy the pleasures of life | $ 100,000 |
| Disfigurement | $ 50,000 |
| **TOTAL** | $ 1,070,000 |

If you have answered Question 4, please proceed to Question 5.

## Question 5

State the amount of damages, if any, that the Plaintiff, John P. Hunter, is entitled to recover for loss of consortium.

$ _100,000_

FOR THE JURY:

BY: ___/s/___
Jury Foreperson
(Name: _MARK EVENSON_ )

Date: _1·19·_, 2022

4