IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARGARET T. HUNTER and JOHN P. HUNTER, wife & husband, | : : : | |
| Plaintiffs | : : | CIVIL ACTION |
| vs. | : : | MEDICAL NEGLIGENCE |
| RICHARD P. KENNEDY, M.D.; MONROE RADIOLOGY IMAGING, P.C., and POCONO HEALTH SYSTEM Now Known as Lehigh Valley Health Network, | : : : : : | JURY TRIAL DEMANDED |
| Defendants | : | NO. 3:17-CV-00007 |

## NOTICE

You are hereby notified to file a written answer to the attached Motion for Delay Damages and Costs within twenty (20) days from the filing of the motion or the delay damages and costs sought in the motion may be added to the verdict or decision against you.

By:   /s/Michael J. Foley
      Michael J. Foley, Esquire
      Attorney I.D.# 39855
      Thomas J. Foley, Jr., Esquire
      Attorney I.D. #08328
      Kevin P. Foley, Esquire
      Attorney I.D. #53067
      538 Biden St., Ste. 200
      PO Box 1108
      Scranton, PA 18501-1108
      Telephone: (570) 342-8194

MikeF@FoleyLawFirm.com  
TJF@FoleyLawFirm.com  
KPF@FoleyLawFirm.com  
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARGARET T. HUNTER and JOHN P. HUNTER, wife & husband, | : : : | |
| Plaintiffs | : : | CIVIL ACTION |
| vs. | : : : | MEDICAL NEGLIGENCE |
| RICHARD P. KENNEDY, M.D.; MONROE RADIOLOGY IMAGING, P.C., and POCONO HEALTH SYSTEM Now Known as Lehigh Valley Health Network, | : : : : : : | JURY TRIAL DEMANDED |
| Defendants | : | NO.  3:17-CV-00007 |

PLAINTIFFS' MOTION FOR DELAY DAMAGES

1. This is a civil action that sought monetary relief for bodily injuries within the meaning of Pa. R.C.P. 238(a).

2. Pa. R.C.P. 238(a) provides:

"(a)   (1)   At the request of the plaintiff in a civil action seeking monetary relief for bodily injury, death or property damage, damages for delay shall be added to the amount of compensatory damages awarded against each defendant or additional defendant found to be liable to the plaintiff in the verdict of a jury, in the decision of the court in a nonjury trial or in the award of arbitrators appointed under section 7361 of the Judicial Code, 42 PA. C.S.§7361, and shall become part of the verdict, decision or award.

(2)   Damages for delay shall be awarded for the period of tie from a date one year after the date original process was first

served in the action up to the date of the award, verdict or decision.

(c)    Damages for delay shall be calculated at the rate equal to the prime rate as listed in the first edition of the Wall Street Journal published foreach calendar year for which the damages are awarded, plus one percent, not compounded. "

3.    Service of original process was made upon Richard Kennedy, M.D. and Monroe Radiology Imaging on January 10, 2017.

4.    Service of original process was made upon Pocono Health System on January 9, 2017.

5.    Service of original process was made upon Peter Obeng, M.D., Family Care Centers, and Pocono Medical Center on June 26, 2017.

6.    The jury was empaneled on December 6, 2021 and then continued on the morning of December 7, 2021 until January 3, 2022.

7.    A combined offer by defense counsel of $250,000 was made by both Defendants after the jury was empaneled on December 6, 2021, it is believed.

8.    On January 19, 2022, a jury verdict was rendered on behalf of Plaintiffs, Margaret and John Hunter in the amount of $1,170,000.00.

9.    The offer of the Defendants was never sufficient to toll the Rule 238 clock from ticking.

10. Delay damages should be awarded from one (1) year after service of original process on January 10, 2018 until the date of the verdict pursuant to Pa. R.C.P. 238(a)(2)(1).

11. Plaintiffs do not have any record of the Defendants making any written offer that met the standards set forth in Pa. R.C.P. 238(b)(1)(2). Plaintiffs invite the Defendants to produce the same. (See e.g. Pretrial Memorandum of Dr. Kennedy, Doc. 257 and Pretrial Memorandum of Dr. Obeng, Doc. 254)

12. Delay damages against Defendants pursuant to Pa. R.C.P. 238(a)(3) are as follows for the verdict as it was delivered by the jury:

| Year | Rate | Time Period | Total |
|---|---|---|---|
| 2018 | 5.50% | 355 days | $62,868.81 |
| ($1,170,000 X .055 X .9726) | | | |
| 2019 | 6.5% | 365 days | $76,050.00 |
| ($1,170,000 X .065) | | | |
| 2020 | 5.75% | 365 days | $67,275.00 |
| ($1,170,000 X .0575 | | | |
| 2021 | 4.25% | 365 days | $49,725.00 |
| 2022 | 4.25% | 19 days | $2,590.67 |
| ($1,170,000 X .0425 X .0521) | | | |

TOTAL DELAY DAMAGES: $258,509.48

13. Delay damages against Defendants pursuant to Pa. R.C.P. 238(a)(3) are as follows for the verdict if remitted:

| Year | Rate | Time Period | Total |
|---|---|---|---|
| 2018 | 5.50% | 355 days | $51,888.21 |
| ($970,000 X .055 X .9726) | | | |
| 2019 | 6.5% | 365 days | $63,050.00 |
| ($970,000 X .065) | | | |
| 2020 | 5.75% | 365 days | $55,775.00 |
| ($970,000 X .0575 | | | |
| 2021 | 4.25% | 365 days | $41,225.00 |
| ($970,000 X .0425) | | | |
| 2022 | 4.25% | 19 days | $2,147.82 |
| ($970,000 X .0425 X .0521) | | | |
| TOTAL DELAY DAMAGES: | | | $214,086.03 |

14. During the course of this litigation, Plaintiff has incurred reasonable court costs in the amount of $17,514.92. (See Bill of Costs attached as Exhibit A)

15. The delay damages and court costs, when added to the jury verdict of $1,170,000.00 result in a molded verdict of $1,446,024.40.

16. The delay damages and court costs, when added to the verdict as remitted of $970,000.00 result in a molded verdict of $1,201,600.95

WHEREFORE, Plaintiffs Margaret and John Hunter respectfully request that this Honorable Court mold the verdict to included delay damages of either $258,509.48 or $214,086.03 plus costs of $17,514.92 and enter a total verdict against the Defendants in the total amount of $1,446,024.40 or $1,201,600.95 .

By:  By:  /s/Michael J. Foley
Michael J. Foley, Esquire
Attorney I.D.# 39855
Thomas J. Foley, Jr., Esquire
Attorney I.D. #08328
Kevin P. Foley, Esquire
Attorney I.D. #53067
538 Biden St., Ste. 200
PO Box 1108
Scranton, PA 18501-1108
Telephone: (570) 342-8194
MikeF@FoleyLawFirm.com
TJF@FoleyLawFirm.com
KPF@FoleyLawFirm.com
*Attorneys for Plaintiffs*