# FOLEY LAW FIRM
# BILL OF COSTS
# DELAY DAMAGE/COURT COSTS
# MARGARET HUNTER

| Date | Payee | Amount |
|---|---|---:|
| 1/19/2017 | United States District Court Filing Fee | $ 400.00 |
| 10/3/2017 | Lombardo-Barth Video - Dr. Obeng and Dr. Kennedy Deps | 555.00 |
| 10/3/2017 | Lisa Taylor Court Reporting - Dr. Obeng and Dr. Kennedy Deps | 778.90 |
| 11/13/2017 | Veritext - Margaret Hunter Dep | 692.30 |
| 1/8/2018 | Veritext - Jamie, Jonathan and John Deps | 677.45 |
| 5/17/2018 | Ginn & Vickery - Mediation Expense | 1,000.00 |
| 7/30/2018 | Magna Legal Services -Kelly Smith, DPM Dep | 918.60 |
| 8/15/2018 | Joseph Daley, DPM - Deposition | 2,500.00 |
| 8/24/2018 | Lombardo-Barth Video - Daley Dep | 415.00 |
| 8/29/2018 | Lisa Taylor Court Reporting - Daley Dep | 678.50 |
| 11/6/2018 | Kelly Smith DPM | 2,500.00 |
| 11/6/2018 | Veritext - Smith dep | 718.20 |
| 11/28/2018 | Magna Legal Services - Medrek Dep | 661.45 |
| 3/15/2021 | Montgomery County Register of Wills - Dr. Kennedy Estate | 89.00 |
| 8/25/2021 | Lisa Taylor Court Reporting - Hasselman Dep | 983.80 |
| 8/31/2021 | Lombardo Barth Video Services - Hasselman Dep | 490.00 |
| 12/6/2021 | Sargent's Court Reporting - Esquenazi Dep | 560.00 |
| 12/6/2021 | Sargent's Court Reporting - Esquenazi Dep | 575.80 |
| 12/14/2021 | Sargent's Court Reporting - Esquenazi Dep | 150.00 |
| 1/19/2021 | Devine Depositions - Humbyrd Dep | 632.50 |
| 1/19/2022 | Laura Boyanowski - Trial Transcripts | 660.25 |
| 1/24/2022 | Wesley Armstrong - Trial Transcript | 127.05 |
| 1/24/2022 | Veritext - Humbyrd Dep | 751.12 |

**TOTAL EXPENSES:**   $ 17,514.92