# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARGARET T. HUNTER, et al., : | CIVIL NO. 3:17-CV-007 |
| : | Magistrate Judge Saporito |
| Plaintiffs : | |
| : | |
| v. : | |
| ELAINE ROSE KENNEDY, : | |
| Executrix of the Estate of : | |
| Richard M. Kennedy, Deceased, : | |
| et al., : | |
| : | |
| Defendants : | |

FILED
WILKES BARRE
FEB 01 2022
PER _____
DEPUTY CLERK

## ORDER

**AND NOW, this 1st day of February, 2022,** following a ZOOM conference conducted by the Court with counsel for the parties, whereby the parties resolved a post-trial dispute following the completion of a jury trial, **IT IS HEREBY ORDERED THAT** this action is hereby **DISMISSED,** without costs and without prejudice to the right, upon good cause shown within sixty (60) days,

to reinstate the action if the settlement is not consummated. The Clerk of Court shall note the docket of this action accordingly.

*/s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge